UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:    MADLEN R. RAINES

CASE NO:    09-50388

*******************************************************************************

## OBJECTION TO CLAIM NUMBER 6

NOW INTO COURT, through undersigned counsel, comes the debtors, who submit the following objection to Claim Number 6 filed by Kyle Sherman on behalf of Charles Goss.

1.
Claim No. 6 has been filed in the amount of $75,000.00.

2.
It is submitted by the debtor that Claim No. 6 in the amount of $75,000.00 is a result of a Consent Judgment entered into by and between Mr. Charles Goss & John Raines.

3.
John Raines is the ex-spouse of the debtor.

4.
The debtor submits that John Raines mismanaged community funds, entered into a Consent Judgment without the knowledge and/or authority of the debtor, borrowed funds from Mr. Goss without the knowledge and/or consent of the debtor.

5.
The debt to Mr. Goss was acquired during the existence of the marriage and is presumed community.

7.
The debtor objects to the presumption that the debt to Mr. Goss is a community debt because of the mismanagement by Mr. Raines and that the debt should be deemed the separate debt of Mr. Raines only.

8.
Claim No. 6 should be disallowed.

WHEREFORE, the debtor prays that this Objection be filed and hearing had.

Respectfully submitted,

By: /s/ William C. Vidrine
WILLIAM C. VIDRINE (21398)
711 W. Pinhook Rd.
Lafayette, La. 70503
Telephone: (337)-233-5195