**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**

**IN RE: MADLEN R. RAINES**

**CASE NO: 09-50388**

*****************************************************************************************

## NOTICE OF HEARING

TO ALL CREDITORS AND INTERESTED PARTIES:

Notice is given that a hearing on the debtor's Objection to Proof of Claim Number 6 filed by Kyle Sherman on behalf of Charles Goss will be held on the 2nd day of September, 2009 at 8:30 A.M., before the Honorable Robert Summerhays, in the U. S. Bankruptcy Courthouse, Courtroom, 214 Jefferson St., Lafayette, Louisiana, if and only if an objection is filed within (5) days from the scheduled hearing.

Signed this 28th day of July, 2009.

/s/ William C. Vidrine
WILLIAM C. VIDRINE

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 28th day of July, 2009, served a copy of the foregoing Objection to Claim Number 6 and Notice of Hearing on Keith Rodriguez, Trustee, U.S. Trustee**,(via e-mail)** Kyle Sherman, Attorney for Charles Goss, 111 Mercury St., Lafayette, La. 70503 and Madlen R. Raines, 406-A Silkwood, Lafayette, Louisiana 70505, by depositing same into the United States mail properly addressed, and first class postage prepaid, and/or by electronic means.

/s/William C. Vidrine
WILLIAM C. VIDRINE