UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

IN RE:     MADLEN R. RAINES

CASE NO:   09-50388

FILED AUG 25 2009
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OPPOSITION TO
DEBTOR'S OBJECTION TO CLAIM NUMBER SIX**

NOW INTO COURT, through undersigned counsel, comes CHARLES GOSS, who opposes Debtor, MADLEN REBEKKEH RAINES' Objection to CHARLES GOSS' claim in these bankruptcy proceedings. CHARLES GOSS opposes Debtor's Objection based on the fact that the indebtedness claimed by CHARLES GOSS is the indebtedness of the community of acquets and gains between JOHN RAINES and MADLEN REBEKKEH RAINES and therefore, CHARLES GOSS' claim in these bankruptcy proceedings should be honored.

WHEREFORE, premises considered, CHARLES GOSS prays that Debtor, MADLEN REBEKKEH RAINES show cause on September 2, 2009, at 8:30 a.m., at the scheduled Objection to Proof of Claim filed on behalf of MADLEN REBEKKEH RAINES, why the indebtedness to CHARLES GOSS is not a community debt and CHARLES GOSS' claim should not be honored in these bankruptcy proceedings.

Respectfully submitted,

BY:   KYLE SHERMAN, #24215
Attorney for Charles Goss
111 Mercury Street
Lafayette, LA 70503
(337) 237-7171

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and forgoing has this day been forwarded to counsel of record by telefaxing and/or placing a copy of same in the United States Mail, postage pre-paid and properly addressed.

Lafayette, Louisiana, this 25 day of August, 2009.

_____
KYLE SHERMAN, #24215