FILED
OCT 15 2009
J. BARRY DUNFORD CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**

**IN RE: MADLEN R. RAINES**

**CASE NO: 09-50388**

*********************************************************************************************************

**MOTION TO LIFT CO-DEBTOR STAY**

NOW INTO COURT, through undersigned counsel, comes mover, Kyle Sherman, on behalf of Charles Goss, who submits to the Court the following:

1.

Charles Goss, creditor in this case, is owed a debt by virtue of a Consent Judgment entered into by and between Charles Goss & John Raines in the 15th Judicial District Court on October 15, 2007. The matter was entitled "Charles Goss vs John Raines", Docket No. 2007-1890, in Lafayette Parish, Louisiana. The Consent Judgment is for $75,000.00 which was the result of a Petition on a Promissory Note.

2.

Charles Goss alleges that the debtor, Madlen Raines, is liable for the debt, as it was a community debt. It is understood that the debtor disputes this and that issue will be tried in this Court in the near future.

3.

Regardless of whether the debt is a community obligation or not, the debtor's proposed plan will not pay Mr. Goss one hundred percent (100%).

4.

Mover request that the Court lift the stay allowing Mr. Goss to proceed with his State Court remedies against the co-debtor, John Raines.

**WHEREFORE**, the mover, Kyle Sherman, on behalf of Charles Goss, prays that this Motion be filed, that the co-debtor stay against John Raines be lifted.

Respectfully submitted:

**KYLE SHERMAN (#24215)**
111 Mercury St.
Lafayette, LA 70503
Attorney for Charles Goss