FILED

JAN 13 2010

J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**

**MINUTE ENTRY**

**09-50388 Madlen Rebekke Raines    Chapter: 13**

**Objection to Claim Number 6 by Charles Goss on behalf of Madlen Rebekke Raines**

**APPEARANCES:**

**William C. Vidrine & Judith Kennedy representing debtor**
**Hamilton Chauvin for trustee**
**Kyle Sherman for Charles Goss**

**DEBTORS:** Present

**RULING:** Parties will be permitted to file briefs - which shall be filed within 30 days. Upon the filing of the briefs, the matter will be deemed under advisement.

**ORDER TO BE PREPARED BY:** N/A

Date: January 13, 2010