FILED
JAN 1 3 2010
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

*UNITED STATES BANKRUPTCY COURT*
*WESTERN DISTRICT OF LOUISIANA*
Chief Judge Robert Summerhays

**IN RE:** Madlen Raines **Case No.** 09-50388-013

---

**EXHIBIT RECORD**

**Date:** January 13, 2010

**Matter:** Objection to claim of Charles Goss

| Exhibit No. | Description |
| --- | --- |
| Goss#1 | Consent judgment |
| Goss#2 | January 2009 judgment |
| Goss#3 | Proof of claim |
| Raines#1 | Certified copy of Rule NISI |
| Raines#2 | Documentation from Capital One |
| Raines#3 | Documentation from Am. Express |
| Raines#4 | Deposition excerpts |
| Raines#5 | Credit card statements |

~~NOTES:~~ Witnesses: John Raines, Carroll Fuselier, Madlen Raines

ECRO: Staceyh. Soileau