CHARLES GOSS

VERSUS

JOHN RAINES

CLERK OF COURT LAFAYETTE PARISH, LA
2007 OCT 10 AM 8:38

15TH JUDICIAL DISTRICT COURT

DOCKET NUMBER: 2007-1890

LAFAYETTE PARISH, LOUISIANA

**************************************************************************************************

**CONSENT JUDGMENT**

NOW INTO COURT comes plaintiff, CHARLES GOSS, and defendant, JOHN RAINES, who stipulate to the following:

1. Charles Goss is the holder and owner of a promissory note (the "note"), which was signed in Lafayette Parish, Louisiana, made and subscribed by John Raines and made payable to the order of Charles Goss, in the original principal sum of SIXTY THOUSAND AND NO/100 ($60,000.00) DOLLARS, dated January 19, 2007, the original note being attached to the Petition on Promissory Note filed on April 13, 2007 in the above captioned and numbered cause.
2. Defendant, John Raines, owes plaintiff, Charles Goss, SIXTY THOUSAND AND NO/100 ($60,000.00) DOLLARS, with legal interest thereon from date of judicial demand until paid, plus all reasonable attorney's fees due and for all costs of these proceedings.
3. Defendant, John Raines, promised to pay the note no later than March 19, 2007.
4. Defendant, John Raines, failed to pay the note on or before March 19, 2007.
5. Defendant, John Raines, has agreed to pay plaintiff, Charles Goss, SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS to conclude this matter.

The Court, having considered the pleadings, evidence and stipulations of parties,

IT IS ORDERED, ADJUDGED AND DECREED that defendant, John Raines, pay to Charles Goss the sum of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, which represents the principal sum of $60,000.00 and legal interest and attorney's fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party is to bear its own costs.

Goss#1
1-13-10 09-50388

2007-1840

JUDGMENT READ AND SIGNED in Lafayette, Lafayette Parish, Louisiana, this 15th day of Oct., 2007.

DISTRICT JUDGE

SUBMITTED BY:

KYLE SHERMAN (#24215)
Attorney for Charles Goss
111 Mercury Street
Lafayette, Louisiana 70503
Telephone No. (337) 237-7171
Telefax No. (337) 237-9199

John Raines
626 Buchanan Street
Lafayette, LA 70501

STATE OF LOUISIANA PARISH OF LAFAYETTE
I hereby certify that a certified copy of this judgment/~~order~~ has been mailed/~~served~~ on all parties this 16 day of Oct. 2007
Heather M. Comeaux
Deputy Clerk of Court

cc: Kyle Sherman
John Raines

FILED THIS 15
DAY OF Oct, 2007
Heather M. Comeaux
Deputy Clerk of Court

A TRUE COPY ATTEST
Lafayette, La. 10-15-07
Heather M. Comeaux
DY. CLERK OF COURT

# L...ayette Parish Recording P...e

**Louis J. Perret**
**Clerk of Court**
PO Box 2009
800 South Buchanan
Lafayette, LA 70502
(337) 291-6400

DK# 20071890

**First MORTGAGOR**

| |
|---|
| RAINES, JOHN |

**First MORTGAGEE**

| |
|---|
| GOSS, CHARLES |

**Index Type :** Mortgages

**File Number :** 2007-00046984

**Type of Document :** Judgment

**Recording Pages :** 3

## Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Lafayette Parish, Louisiana

Louis J Perret
Clerk of Court

On (Recorded Date) : 10/15/2007

At (Recorded Time) : 3:37:53:000 PM

Doc ID - 020620100003

CLERK OF COURT
LOUIS J. PERRET
Parish of Lafayette
I certify that this is a true copy of the attached document that was filed for registry and Recorded 10/15/2007 at 3:37:53
File Number 2007-00046984

Heather M. Conrad
Deputy Clerk

Do not Detach this Recording Page from Original Document