10471621

CLERK OF COURT
FAYETTE PARISH, LA
2009 JAN -8 AM 11:42

| | |
|---|---|
| CHARLES GOSS | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NUMBER: 2007-1890 |
| JOHN RAINES | LAFAYETTE PARISH, LOUISIANA |

*********************************************************************************************

## JUDGMENT

This matter came before the Court on the 5th day of January, 2009, for a hearing on a Rule to Show Cause why petitioner, CHARLES GOSS, should not be entitled to enforce the judgment he holds against JOHN RAINES, against the earnings and other community assets in the possession of REBEKKEH RAINES.

**PRESENT: Kyle Sherman, Attorney at Law, appearing on behalf of Charles Goss.**

The Court, having considered the Consent Judgment filed in the record, pleadings, and arguments of counsel, and due to the failure of Rebekkeh Raines appearing, despite service of process obtained on Rebekkeh Raines,

IT IS ORDERED, ADJUDGED AND DECREED that CHARLES GOSS be entitled to enforce the Judgment he holds against JOHN RAINES, against the earnings and other community assets in possession of REBEKKEH RAINES.

JUDGMENT READ AND SIGNED in Lafayette, Louisiana, this 6th day of January, 2009.

JUDGE DURWOOD CONQUE

Respectfully submitted:

BRANDT & SHERMAN, L.L.P.

KYLE SHERMAN, #24215
Attorney for Charles Goss
111 Mercury Street
Lafayette, LA 70503
(337) 237-7171

STATE OF LOUISIANA PARISH OF LAFAYETTE
I hereby certify that a certified copy of this judgment/order has been mailed/served on all parties this 15 day of Jan, 20 09

Deputy Clerk of Court

cc: Kyle Sherman
John Raines

FILED THIS 8
DAY OF Jan, 20 09

Deputy Clerk of Court

A TRUE COPY ATTEST
Lafayette, La. 1-15-09

DEPUTY CLERK OF COURT

1-13-10 Goss #2 09-50388