B10 (Official Form 10) (12/08)

PROCESSED
RETAIN PER ADMINISTRATIVE PROCEDURES

UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF LOUISIANA

**PROOF OF CLAIM**

Name of Debtor: Raines, Madlen R

Case Number: 09-50388

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Charles Goss

Name and address where notices should be sent:
Kyle Sherman, Brandt & Sherman, LLP, 111 Mercury St., Lafayette, LA 70503

Telephone number:
(337) 237-7171

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**________
(*If known*)

Filed on:________

JUL 24 AM 8

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 75,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Judgment
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 4008

**3a. Debtor may have scheduled account as:** ________
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:$**________ **Annual Interest Rate**___**%**

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $**________ **Basis for perfection:** ________

**Amount of Secured Claim: $**________ **Amount Unsecured: $**________

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$________

**Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. *(See definition of "redacted" on reverse side.)*

**8. Date-Stamped Copy:** Please enclose a stamped, self-addressed envelope so that your proof of claim may be returned to you upon filing. Claims may be filed electronically. For additional information on electronic filing visit our website at http://www.lawb.uscourts.gov.

DATE: 7-21-09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Kyle Sherman, Attorney for Charles Goss

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Goss #3
09-50388
#~~O~~ 1-13-10

10471621

CLERK OF COURT LAFAYETTE PARISH, LA
2009 JAN -8 AM 11:42

| | |
|---|---|
| CHARLES GOSS | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NUMBER: 2007-1890 |
| JOHN RAINES | LAFAYETTE PARISH, LOUISIANA |

*****************************************************************************************************

## JUDGMENT

This matter came before the Court on the 5th day of January, 2009, for a hearing on a Rule to Show Cause why petitioner, CHARLES GOSS, should not be entitled to enforce the judgment he holds against JOHN RAINES, against the earnings and other community assets in the possession of REBEKKEH RAINES.

**PRESENT: Kyle Sherman, Attorney at Law, appearing on behalf of Charles Goss.**

The Court, having considered the Consent Judgment filed in the record, pleadings, and arguments of counsel, and due to the failure of Rebekkeh Raines appearing, despite service of process obtained on Rebekkeh Raines,

IT IS ORDERED, ADJUDGED AND DECREED that CHARLES GOSS be entitled to enforce the Judgment he holds against JOHN RAINES, against the earnings and other community assets in possession of REBEKKEH RAINES.

JUDGMENT READ AND SIGNED in Lafayette, Louisiana, this 6th day of January, 2009.

JUDGE DURWOOD CONQUE

Respectfully submitted:

BRANDT & SHERMAN, L.L.P.

KYLE SHERMAN, #24215
Attorney for Charles Goss
111 Mercury Street
Lafayette, LA 70503
(337) 237-7171

STATE OF LOUISIANA PARISH OF LAFAYETTE
I hereby certify that a certified copy of this judgment/order has been mailed/served on all parties this 15 day of Jan 20 09

Deputy Clerk of Court

cc: Kyle Sherman
John Raines

FILED THIS 8
DAY OF Jan, 20 09

A TRUE COPY ATTEST
Lafayette, La. 1-15-09

DEPUTY CLERK OF COURT

CHARLES GOSS

VERSUS

JOHN RAINES

CLERK OF COURT LAFAYETTE PARISH, LA

2007 OCT 10 AM 8:38

15TH JUDICIAL DISTRICT COURT

DOCKET NUMBER: 2007-1890

LAFAYETTE PARISH, LOUISIANA

****************************************************************************************

**CONSENT JUDGMENT**

NOW INTO COURT comes plaintiff, CHARLES GOSS, and defendant, JOHN RAINES, who stipulate to the following:

1. Charles Goss is the holder and owner of a promissory note (the "note"), which was signed in Lafayette Parish, Louisiana, made and subscribed by John Raines and made payable to the order of Charles Goss, in the original principal sum of SIXTY THOUSAND AND NO/100 ($60,000.00) DOLLARS, dated January 19, 2007, the original note being attached to the Petition on Promissory Note filed on April 13, 2007 in the above captioned and numbered cause.
2. Defendant, John Raines, owes plaintiff, Charles Goss, SIXTY THOUSAND AND NO/100 ($60,000.00) DOLLARS, with legal interest thereon from date of judicial demand until paid, plus all reasonable attorney's fees due and for all costs of these proceedings.
3. Defendant, John Raines, promised to pay the note no later than March 19, 2007.
4. Defendant, John Raines, failed to pay the note on or before March 19, 2007.
5. Defendant, John Raines, has agreed to pay plaintiff, Charles Goss, SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS to conclude this matter.

The Court, having considered the pleadings, evidence and stipulations of parties,

IT IS ORDERED, ADJUDGED AND DECREED that defendant, John Raines, pay to Charles Goss the sum of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, which represents the principal sum of $60,000.00 and legal interest and attorney's fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party is to bear its own costs.

JUDGMENT READ AND SIGNED in Lafayette, Lafayette Parish, Louisiana, this 15th day of Oct., 2007.

DISTRICT JUDGE

SUBMITTED BY:

KYLE SHERMAN (#24215)
Attorney for Charles Goss
111 Mercury Street
Lafayette, Louisiana 70503
Telephone No. (337) 237-7171
Telefax No. (337) 237-9199

John Raines
626 Buchanan Street
Lafayette, LA 70501

STATE OF LOUISIANA PARISH OF LAFAYETTE
I hereby certify that a certified copy of this judgment/~~order~~ has been mailed/~~served~~ on all parties this 16 day of Oct. 2007

Heather M. Comeaux
Deputy Clerk of Court

cc: Kyle Sherman
John Raines

FILED THIS 15
DAY OF Oct, 2007
Heather M. Comeaux
Deputy Clerk of Court

A TRUE COPY ATTEST
Lafayette, La. 10-15-07
Heather M. Comeaux
DY. CLERK OF COURT

"nited States Bankruptcy Co

For the WESTERN District of LOUISIANA

## CLAIM NOTICE

**The claim presented for filing HAS BEEN FILED; However, for ALL future claim filings:**

(☆) **DO NOT SUBMIT LEGAL SIZE PAPER**; letter sized claims and attachments are required.

( ) **DO NOT SUBMIT 2-SIDED DOCUMENTS.**

(☆) Provide a **self-addressed, stamped envelope** large enough to accommodate the return of your original claim and attachments with appropriate postage for return.

(☆) Original claim only with attachments required for filing. There is no need to submit copies. After processing, the filed stamped original will be returned to you.

( ) **Effective December 1, 2003**, Petitions, Schedules, Statement of Financial Affairs, **Proof of Claim Form,** and other Official and Administrative and Local Forms will be amended to require debtors and creditors to disclose only the last four digits of the debtor's or creditor's Social Security or other Taxpayer Identification number. **DO NOT LIST COMPLETE SOCIAL SECURITY NUMBERS AND/OR FINANCIAL ACCOUNT NUMBERS ON THE PROOF OF CLAIM OR ATTACHMENTS.**

Clerk, U.S. Bankruptcy Court
214 Jefferson St, Suite 100
Lafayette, Louisiana 70501
Telephone:(337) 262-6800
Facsimile: (337) 262-6788

**J. BARRY DUNFORD**
*Clerk of Bankruptcy Court*

By: **Sherry Devillier**
*Deputy Clerk*

10471621

CLERK OF COURT
LAFAYETTE PARISH LA
2009 JAN -8 AM 11:42

| | |
|---|---|
| CHARLES GOSS | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NUMBER: 2007-1890 |
| JOHN RAINES | LAFAYETTE PARISH, LOUISIANA |

*************************************************************************************************

# JUDGMENT

This matter came before the Court on the 5th day of January, 2009, for a hearing on a Rule to Show Cause why petitioner, CHARLES GOSS, should not be entitled to enforce the judgment he holds against JOHN RAINES, against the earnings and other community assets in the possession of REBEKKEH RAINES.

**PRESENT: Kyle Sherman, Attorney at Law, appearing on behalf of Charles Goss.**

The Court, having considered the Consent Judgment filed in the record, pleadings, and arguments of counsel, and due to the failure of Rebekkeh Raines appearing, despite service of process obtained on Rebekkeh Raines,

IT IS ORDERED, ADJUDGED AND DECREED that CHARLES GOSS be entitled to enforce the Judgment he holds against JOHN RAINES, against the earnings and other community assets in possession of REBEKKEH RAINES.

JUDGMENT READ AND SIGNED in Lafayette, Louisiana, this 6th day of January, 2009.

JUDGE DURWOOD CONQUE

Respectfully submitted:

BRANDT & SHERMAN, L.L.P.

KYLE SHERMAN, #24215
Attorney for Charles Goss
111 Mercury Street
Lafayette, LA 70503
(337) 237-7171

STATE OF LOUISIANA PARISH OF LAFAYETTE
I hereby certify that a certified copy of this judgment/order has been mailed/served on all parties this 15 day of Jan, 20 09

Deputy Clerk of Court

cc: Kyle Sherman
John Raines

FILED THIS 8 DAY OF Jan, 20 09

A TRUE COPY ATTEST
Lafayette, La. 1-15-09

DEPUTY CLERK OF COURT

CHARLES GOSS | CLERK OF COURT LAFAYETTE PARISH, LA. 2007 OCT 10 AM 8:38 | 15TH JUDICIAL DISTRICT COURT

VERSUS | DOCKET NUMBER: 2007-1890

JOHN RAINES | LAFAYETTE PARISH, LOUISIANA

************************************************************************************************

## CONSENT JUDGMENT

NOW INTO COURT comes plaintiff, CHARLES GOSS, and defendant, JOHN RAINES, who stipulate to the following:

1. Charles Goss is the holder and owner of a promissory note (the "note"), which was signed in Lafayette Parish, Louisiana, made and subscribed by John Raines and made payable to the order of Charles Goss, in the original principal sum of SIXTY THOUSAND AND NO/100 ($60,000.00) DOLLARS, dated January 19, 2007, the original note being attached to the Petition on Promissory Note filed on April 13, 2007 in the above captioned and numbered cause.
2. Defendant, John Raines, owes plaintiff, Charles Goss, SIXTY THOUSAND AND NO/100 ($60,000.00) DOLLARS, with legal interest thereon from date of judicial demand until paid, plus all reasonable attorney's fees due and for all costs of these proceedings.
3. Defendant, John Raines, promised to pay the note no later than March 19, 2007.
4. Defendant, John Raines, failed to pay the note on or before March 19, 2007.
5. Defendant, John Raines, has agreed to pay plaintiff, Charles Goss, SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS to conclude this matter.

The Court, having considered the pleadings, evidence and stipulations of parties,

IT IS ORDERED, ADJUDGED AND DECREED that defendant, John Raines, pay to Charles Goss the sum of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, which represents the principal sum of $60,000.00 and legal interest and attorney's fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party is to bear its own costs.

2007-101

JUDGMENT READ AND SIGNED in Lafayette, Lafayette Parish, Louisiana, this 15th day of Oct., 2007.

DISTRICT JUDGE

SUBMITTED BY:

KYLE SHERMAN (#24215)
Attorney for Charles Goss
111 Mercury Street
Lafayette, Louisiana 70503
Telephone No. (337) 237-7171
Telefax No. (337) 237-9199

John Raines
626 Buchanan Street
Lafayette, LA 70501

STATE OF LOUISIANA PARISH OF LAFAYETTE
I hereby certify that a certified copy of this judgment/order has been mailed/served on all parties this 16 day of Oct. 2007

Heather M. Comeaux
Deputy Clerk of Court

cc: Kyle Sherman
John Raines

FILED THIS 15
DAY OF Oct, 2007
Heather M. Comeaux
Deputy Clerk of Court

A TRUE COPY ATTEST
Lafayette, La. 10-15-07
Heather M. Comeaux
DY. CLERK OF COURT

BRANDT & SHERMAN, L.L.P.
Attorneys at Law
111 Mercury Street
Lafayette, LA 70503

Charles Brandt
Kyle Sherman
Robert Godwin

Telephone: (337) 237-7171
Facsimile: (337) 261-9777
Email: ks@charlesbrandt.net

July 22, 2009

United States Bankruptcy Court
Western District of Louisiana
214 Jefferson Street
Suite 100
Lafayette, LA 70501

**RE: Proof of Claim**
**Debtor: Madlen R. Raines**
**Case No: 09-50388**
**Creditor: Charles Goss**

Dear Sir/Madame:

Enclosed please find the original and one (1) copy of a Proof of Claim regarding the referenced matter. If you would be so kind as to file the original and return a conformed copy to undersigned counsel, it would be greatly appreciated.

If you have any questions or need additional information, please do not hesitate to contact me.

Thanking you for your assistance in this matter, and with kindest regards, I remain,

Sincerely,

KYLE SHERMAN

KS:jcl
Enclosure: Original and 1 copy of Proof of Claim

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF LOUISIANA | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Raines, Madlen R | Case Number: 09-50388 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Charles Goss

Name and address where notices should be sent:
Kyle Sherman, Brandt & Sherman, LLP, 111 Mercury St., Lafayette, LA 70503

Telephone number:
(337) 237-7171

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**__________
*(If known)*

Filed on:__________

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $75,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Judgment
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 4008

**3a. Debtor may have scheduled account as:** __________
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:$**________ **Annual Interest Rate**___**%**

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $**________ **Basis for perfection:** ________

**Amount of Secured Claim: $**________ **Amount Unsecured: $**________

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$________

**Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. *(See definition of "redacted" on reverse side.)*

**8. Date-Stamped Copy:** Please enclose a stamped, self-addressed envelope so that your proof of claim may be returned to you upon filing. Claims may be filed electronically. For additional information on electronic filing visit our website at **http://www.lawb.uscourts.gov.**

DATE: 7-21-09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Kyle Sherman, Attorney for Charles Goss

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

10471621

CLERK OF COURT
LAFAYETTE PARISH LA
2009 JAN -8 AM 11:42

| | |
|---|---|
| CHARLES GOSS | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NUMBER: 2007-1890 |
| JOHN RAINES | LAFAYETTE PARISH, LOUISIANA |

*************************************************************************************************

## JUDGMENT

This matter came before the Court on the 5th day of January, 2009, for a hearing on a Rule to Show Cause why petitioner, CHARLES GOSS, should not be entitled to enforce the judgment he holds against JOHN RAINES, against the earnings and other community assets in the possession of REBEKKEH RAINES.

**PRESENT: Kyle Sherman, Attorney at Law, appearing on behalf of Charles Goss.**

The Court, having considered the Consent Judgment filed in the record, pleadings, and arguments of counsel, and due to the failure of Rebekkeh Raines appearing, despite service of process obtained on Rebekkeh Raines,

IT IS ORDERED, ADJUDGED AND DECREED that CHARLES GOSS be entitled to enforce the Judgment he holds against JOHN RAINES, against the earnings and other community assets in possession of REBEKKEH RAINES.

JUDGMENT READ AND SIGNED in Lafayette, Louisiana, this 6th day of January, 2009.

JUDGE DURWOOD CONQUE

Respectfully submitted:

BRANDT & SHERMAN, L.L.P.

KYLE SHERMAN, #24215
Attorney for Charles Goss
111 Mercury Street
Lafayette, LA 70503
(337) 237-7171

STATE OF LOUISIANA PARISH OF LAFAYETTE
I hereby certify that a certified copy of this judgment/order has been mailed/served on all parties this 15 day of Jan, 2009

Deputy Clerk of Court

cc: Kyle Sherman
John Raines

FILED THIS 8
DAY OF Jan, 2009

A TRUE COPY ATTEST
Lafayette, La. 1-15-09

DEPUTY CLERK OF COURT

CLERK OF COURT
LAFAYETTE PARISH, LA
2007 OCT 10 AM 8:38

| | |
|---|---|
| **CHARLES GOSS** | **15TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NUMBER: 2007-1890** |
| **JOHN RAINES** | **LAFAYETTE PARISH, LOUISIANA** |

*****************************************************************************************************

**CONSENT JUDGMENT**

NOW INTO COURT comes plaintiff, CHARLES GOSS, and defendant, JOHN RAINES, who stipulate to the following:

1. Charles Goss is the holder and owner of a promissory note (the "note"), which was signed in Lafayette Parish, Louisiana, made and subscribed by John Raines and made payable to the order of Charles Goss, in the original principal sum of SIXTY THOUSAND AND NO/100 ($60,000.00) DOLLARS, dated January 19, 2007, the original note being attached to the Petition on Promissory Note filed on April 13, 2007 in the above captioned and numbered cause.
2. Defendant, John Raines, owes plaintiff, Charles Goss, SIXTY THOUSAND AND NO/100 ($60,000.00) DOLLARS, with legal interest thereon from date of judicial demand until paid, plus all reasonable attorney's fees due and for all costs of these proceedings.
3. Defendant, John Raines, promised to pay the note no later than March 19, 2007.
4. Defendant, John Raines, failed to pay the note on or before March 19, 2007.
5. Defendant, John Raines, has agreed to pay plaintiff, Charles Goss, SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS to conclude this matter.

The Court, having considered the pleadings, evidence and stipulations of parties,

IT IS ORDERED, ADJUDGED AND DECREED that defendant, John Raines, pay to Charles Goss the sum of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, which represents the principal sum of $60,000.00 and legal interest and attorney's fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party is to bear its own costs.

2007-101

JUDGMENT READ AND SIGNED in Lafayette, Lafayette Parish, Louisiana, this 15th day of Oct., 2007.

DISTRICT JUDGE

SUBMITTED BY:

KYLE SHERMAN (#24215)
Attorney for Charles Goss
111 Mercury Street
Lafayette, Louisiana 70503
Telephone No. (337) 237-7171
Telefax No. (337) 237-9199

John Raines
626 Buchanan Street
Lafayette, LA 70501

STATE OF LOUISIANA PARISH OF LAFAYETTE
I hereby certify that a certified copy of this judgment/~~order~~ has been mailed/~~served~~ on all parties this 16 day of Oct. 2007

Heather M. Comeaux
Deputy Clerk of Court

cc: Kyle Sherman
John Raines

FILED THIS 15
DAY OF Oct, 2007
Heather M. Comeaux
Deputy Clerk of Court

A TRUE COPY ATTEST
Lafayette, La. 10-15-07
Heather M. Comeaux
DY. CLERK OF COURT

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

1. **Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

2. **Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

3. **Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

4. **Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

5. **Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

6. **Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

7. **Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents. If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the fact value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.