10686

9902388

cc_tpfrancis

17

Ordered by Atty.: KYLE SHERMAN

# RULE NISI

**CHARLES GOSS**

**VS**

**JOHN RAINES**

**Fifteenth Judicial District Court**

**Docket Number: C-20071890 G**
**Before Judge CONQUE**

**Parish of Lafayette, Louisiana**

---

**TO: REBEKKEH H RAINES**
**2301 W. ST. MARY BLVD.**
**LAFAYETTE, LA 70506**

**BY VIRTUE OF** an order from the Honorable Court, Fifteenth Judicial District Court in and for the Parish of Lafayette, State of Louisiana of date NOVEMBER 6, 2008, you are hereby ordered to appear in Open Court on **JANUARY 5, 2009, at 10:00 AM,** in order to show cause why you should not comply with the attached order.

**WITNESS THE HONORABLE,** Judges of the said Court, at Lafayette Parish, Louisiana, this 12th day of November, 2008.

James Francis
Deputy Clerk of Court
Lafayette Parish

RECEIVED
NOV 14 2008
Lafayette Parish
Sheriff's Office

***Attached are the following documents:**
**RULE TO SHOW CAUSE FOR AUTHORITY TO GARNISH SPOUSE'S WAGES/ORDER/**

---

SHERIFF'S RETURN
Lafayette Parish Sheriff

Date Served: 11-17-08, 20____ Time: 9:53
Served: John Raines
Personal ( )
Domiciliary (✓) on
Unable to Locate Moved ( ) No Such Address ( )
Other Reason:
Received Too Late For Service ( )
Service Of Within Papers
Costs Fee $ 20.00 Mileage $ 15.00 Total $ 35.00
Deputy J. Shea 10710

---

**Children under 12 are not allowed in Court unless they are parties, witnesses or part of an educational group. Please dress appropriately. Cellular phones and beepers must be on silent or off.**

A TRUE COPY ATTEST
Lafayette, La. 1-04-2009
Deborah Duplechin
DY. CLERK OF COURT

SCANNED

CLERK OF COURT
LAFAYETTE, LOUISIANA
FILED THIS DAY
NOV 19 2008
Abby Brinkman
BY CLERK OF COURT

1-13-10 Raines #1