**Capital One Auto Finance**
3905 Dallas Parkway
Plano, TX 75093-7864

Capital One Auto Finance

April 22, 2008

JOHN R RAINES
2301 WESR ST MARY BLVD
LAFAYETTE, LA 70506

RE: Account: 6206219651039
VIN: 2B4GP74L02R773533
Vehicle Year/Make:
2002 DODG

Dear JOHN R RAINES:

Thank you for using Capital One Auto Finance for your financial needs.

Enclosed is the title documentation that we had on file for your loan, unless you are registered in a state that uses an electronic method of storing titles. If that is the case, the title will be sent to you from the state. Please contact the state for processing times.

If you have any questions about your account please contact Capital One Auto Finance at (800) 946-0332.

Sincerely,

Capital One Auto Finance

Effective August 4, 2007, Capital One N.A accounts will be serviced by Capital One Auto Finance, Inc., a subsidiary of Capital One Financial Corporation.

2B4GP74L02R773533 JOHN R RAINES RO rd-08088

Raines#2
09-50388
1-13-10

12-20-02 110008164253-3

# CERTIFICATE OF TITLE

## STATE OF LOUISIANA

### DEPARTMENT OF PUBLIC SAFETY — OFFICE OF MOTOR VEHICLES

| VIN | TITLE NUMBER | DATE ISSUED |
|---|---|---|
| 2B4GP74L02R773533 | K1781129 | 12/30/2002 |

| MAKE | MODEL | BODY | COLOR | YR | DATE ACQUIRED | ODOMETER | N/U |
|---|---|---|---|---|---|---|---|
| DODG | | VN | SIL/ | 2002 | 12/17/2002 | 29 | N |

11

* * MAIL TO * *

HIBERNIA NATIONAL BANK

PO BOX 61007
NEW ORLEANS LA 70161

OWNER
JOHN R RAINES
2301 WEST ST MARY BLVD
LAFAYETTE LA 70506

(LIEN) DATE 12/27/2002
HIBERNIA NATIONAL BANK
PO BOX 61007
NEW ORLEANS LA 70161

First Lien Released 4/02/18 Date
HIBERNIA NATIONAL BANK
Lienholder
By ____ Authorized Representative

Second Lien Released ____ Date
____ Lienholder
By ____ Authorized Representative

The undersigned as Vehicle Commissioner of the State of Louisiana, certifies that the applicant named herein has been duly registered in this office as owner of the motor vehicle described, pursuant to the laws of the State of Louisiana, subject to the mortgages and encumbrances, if any, herein set forth.

In witness whereof, I have affixed my signature at Baton Rouge.

Kay Hodges

FORM 4657 G 1616 24057638

DPSMV 1663 (R9/98)

ANY ALTERATION OR ERASURE VOIDS THIS TITLE!

KEEP IN SAFE PLACE

TO TEST FOR AUTHENTICITY, HOLD DOCUMENT TO LIGHT AND VERIFY EAGLE'S HEAD WATERMARK

TO TEST FOR AUTHENTICITY, HOLD DOCUMENT TO LIGHT AND VERIFY EAGLE'S HEAD WATERMARK

Federal and State Law require that you state the mileage in connection with transfer of ownership. Failure to complete ODOMETER STATEMENT OR providing a FALSE STATEMENT may result in fines and/or imprisonment.

*****NOTICE: ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT and all assignments that follow. ASSIGNMENT MUST BE EXECUTED BY THE SELLER IN THE PRESENCE OF A NOTARY PUBLIC OR TWO (2) WITNESSES. IF EXECUTED IN THE PRESENCE OF TWO (2) WITNESSES, THE ACKNOWLEDGEMENT OF WITNESS MUST BE SIGNED BY ONE (1) OF THE WITNESSES IN THE PRESENCE OF A NOTARY PUBLIC.*****

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (not valid unless completed in full). I/we warrant this title and certify that the vehicle described herein has been transferred on ______ / ______ / ______ for the sum of $ ______ to the following:

**Name(s)-** ______ **Address-** ______

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

ODOMETER READING ______ NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY

SIGNATURE(S) of Buyer(s)-X ______ of Seller(s)-X ______

PRINTED NAME(S) of Buyer(s)- ______ of Seller(s)- ______

SIGNATURE of Witness-X ______ Sworn to and subscribed by seller before me this

PRINTED NAME of Witness ______ ______ day of ______, ______.

SIGNATURE of Witness-X ______ SIGNATURE of Notary Public-X ______

PRINTED NAME of Witness ______ PRINTED NAME of Notary Public ______

**ACKNOWLEDGEMENT OF WITNESS - STATE OF LOUISIANA - PARISH OF** ______

Before me, Notary, personally came and appeared the undersigned, who, after being duly sworn, said that he subscribed his name to the assignment above as a witness to the signature(s) of seller(s) and he saw seller(s) sign his name as his voluntary act and deed.

DATE ______

SIGNATURE of Witness-X ______ SIGNATURE of Notary Public-X ______

PRINTED NAME of Witness ______ PRINTED NAME of Notary Public ______

**FIRST RE-ASSIGNMENT BY LICENSED DEALER** DEALER'S LICENSE NO. ______

I/we warrant this title and certify that the vehicle described herein has been transferred to the following:

**Name(s)-** ______ **Address-** ______

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

ODOMETER READING ______ NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY

Date of Sale ___ / ___ / ___

SIGNATURE(S) of Buyer(s)-X ______ of Seller(s)-X ______

PRINTED NAME(S) of Buyer(s)- ______ of Seller(s)- ______

Name of Dealership ______

SIGNATURE of Witness-X ______ Sworn to and subscribed by seller before me this

PRINTED NAME of Witness ______ ______ day of ______

SIGNATURE of Witness-X ______ SIGNATURE of Notary Public-X ______

PRINTED NAME of Witness ______ PRINTED NAME of Notary Public ______

**ACKNOWLEDGEMENT OF WITNESS - STATE OF LOUISIANA - PARISH OF** ______

Before me, Notary, personally came and appeared the undersigned, who, after being duly sworn, said that he subscribed his name to the assignment above as a witness to the signature(s) of seller(s) and he saw seller(s) sign his name as his voluntary act and deed.

DATE ______

SIGNATURE of Witness-X ______ SIGNATURE of Notary Public-X ______

PRINTED NAME of Witness ______ PRINTED NAME of Notary Public ______

**SECOND RE-ASSIGNMENT BY LICENSED DEALER** DEALER'S LICENSE NO. ______

I/we warrant this title and certify that the vehicle described herein has been transferred to the following:

**Name(s)-** ______ **Address-** ______

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

ODOMETER READING ______ NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY

Date of Sale ___ / ___ / ___

SIGNATURE(S) of Buyer(s)-X ______ of Seller(s)-X ______

PRINTED NAME(S) of Buyer(s)- ______ of Seller(s)- ______

Name of Dealership ______

SIGNATURE of Witness-X ______ Sworn to and subscribed by seller before me this

PRINTED NAME of Witness ______ ______ day of ______

SIGNATURE of Witness-X ______ SIGNATURE of Notary Public-X ______

PRINTED NAME of Witness ______ PRINTED NAME of Notary Public ______

**ACKNOWLEDGEMENT OF WITNESS - STATE OF LOUISIANA - PARISH OF** ______

Before me, Notary, personally came and appeared the undersigned, who, after being duly sworn, said that he subscribed his name to the assignment above as a witness to the signature(s) of seller(s) and he saw seller(s) sign his name as his voluntary act and deed.

DATE ______

SIGNATURE of Witness-X ______ SIGNATURE of Notary Public-X ______

PRINTED NAME of Witness ______ PRINTED NAME of Notary Public ______

**THIS TITLE MUST BE SURRENDERED BY DISMANTLER TO THE OFFICE OF MOTOR VEHICLES WHEN VEHICLE IS JUNKED**

LAKEISHA WATSON