AMERICAN EXPRESS

# The Optima® Platinum Card

**To manage your account online, visit americanexpress.com**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN R RAINES | 3715-241549-41009 | 02/11/07 |  |

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 7,176.92 | 0.00 | +227.91 | =7,404.83 | 404.45 |

**Payment Due Date 03/03/07**

**Minimum Amount Due includes:**
Past due amount $196.54
This month's amount due $207.91
Please refer to page 2 for important information regarding your account

| Credit Line Summary on 02/11/07 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 7,200.00 | 0.00 | 200.00 | 0.00 |

For assistance or questions about your account, contact us at **www.americanexpress.com** or call Customer Service at **1-800-964-8542** .

## Activity

* Indicates posting date

| | Amount $ |
|---|---|
| **Total of Payment Activity** | **0.00** |

## New Activity for JOHN R RAINES

Card XXXX-XXXXX9-41009

| | | Amount $ |
|---|---|---|
| 02/02/07 | Late Payment Fee | 35.00 |
| 02/11/07 | Periodic **FINANCE CHARGE** | 192.91 |
| **Total of New Activity** | | **227.91** |

## Finance Charges

Billing days this period: 32

| | Average Daily Balance $ | Daily Periodic Rate | Actual ANNUAL PERCENTAGE RATE | Nominal ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 7,280.77 | 0.0828% | 30.22% | 30.24% | 192.91 |
| Cash Advances | 0.00 | 0.0828% | 0.00% | 30.24% | 0.00 |
| | | | | | **192.91** |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

↓ Please fold on the perforation below, detach and return with your payment ↓

## Payment Coupon

Account Number 3715-241549-41009

**Payment Due Date: 03/03/07**

Please enter your account number on all checks and correspondence.

**Total New Balance $ 7,404.83**

Make check payable to American Express.

**Minimum Amount Due $404.45**

See Finance Charge section on reverse side for a description of when additional Finance Charges are not assessed on Purchases.

JOHN R RAINES
2301 W SAINT MARY BLVD
LAFAYETTE LA 70506-2511

$ ________ . ____
Amount enclosed

Check here if your address or phone number has changed. Please note changes on reverse side. ☐

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

0000371524154941009 000740483000040445 09 4

Raines #3 (LR 61060)
09-60388 1-13-10

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among balances and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate (DPR) to the ADB (as described below) for each Feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the ADB for each Feature, we (1) take the beginning balance for the Feature each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* The minimum **FC** for any billing period in which FC are imposed is **$0.50**. If you paid the New Balance on your prior statement in full by its payment due date, and you pay the New Balance on this statement by its payment due date, then you will avoid additional **FC** on purchases included in the New Balance on this statement. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. Billing Rights Summary: **In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

To Pay By Phone
1-800-472-9297

Customer Service and Lost or Stolen Cards
1-800-964-8542
**24 hours/7 days**

International Collect
1-336-393-1111

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille Statements
1-800-964-8542

Customer Service
P.O. Box 7863
Ft. Lauderdale, FL
33329-7863

Express Cash
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

**Payments**
P.O. BOX 650448
DALLAS TX
75265-0448

**Change of Address**
If correct on front do not use

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

Prepared For
JOHN R RAINES

Account Number
XXXX-XXXXX9-41009

Closing Date
02/11/07



CustomExtras℠

## Now Accepting American Express® Cards!

**Hotel Mela** - At-home sophistication. New luxury boutique hotel in Times Square's Theatre District, 120 West 44th Street, New York, NY. **212-710-7000** or visit **hotelmela.com**.

**InternationalVacation.com** - Over 2,000 hotels in 40 countries. Offering great hotel rooms around the globe. Adventure, relaxation, exotic locations, romance. Call **1-877-HAVE A LIFE**.

**Impromptu Gourmet®** - Chef-inspired gourmet meals delivered to your home. Dining experiences include hors d'oeuvres, dessert and dinner music. **impromptugourmet.com**.

If there are other places where you would like to see the Card accepted, please call the Customer Service number that is located at the top of your statement or the number that is on the back of your Card.

(CE 108498)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

AMERICAN EXPRESS

# The Optima® Platinum Card

**To manage your account online, visit americanexpress.com**

Prepared For
JOHN R RAINES

Account Number
3715-241549-41009

Closing Date
03/11/07



| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 7,404.83 | -471.54 | +204.75 | =7,138.04 | 184.75 |

**Payment Due Date 03/31/07**
Please refer to page 2 for important information regarding your account

| Credit Line Summary on 03/11/07 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 7,200.00 | 61.96 | 200.00 | 61.96 |

**See Page 4 For A Notice Of Changes To Your Agreement**

**See Page 5 For An Important Privacy Notice**

For assistance or questions about your account, contact us at **www.americanexpress.com** or call Customer Service at **1-800-964-8542** .

## Activity

* Indicates posting date

| | | Amount $ |
|---|---|---|
| 02/21/07* | Payment Received - Thank You | -196.54 |
| 03/08/07* | PHONE PAYMENT RECEIVED-THANK YOU XXXX36606 JPMORGAN CHASE BANK, NA | -275.00 |
| **Total of Payment Activity** | | **-471.54** |

## New Activity for JOHN R RAINES

Card XXXX-XXXXX9-41009

| | | Amount $ |
|---|---|---|
| 03/06/07 | Late Payment Fee | 35.00 |
| 03/11/07 | Periodic **FINANCE CHARGE** | 169.75 |
| **Total of New Activity** | | **204.75** |

*Continued on Page 3*

Please fold on the perforation below, detach and return with your payment

## Payment Coupon

Account Number
3715-241549-41009

**Payment Due Date:**
**03/31/07**

Please enter your account number on all checks and correspondence.

**Total New Balance**
**$ 7,138.04**

Make check payable to American Express.

**Minimum Amount Due**
**$184.75**

See Finance Charge section on reverse side for a description of when additional Finance Charges are not assessed on Purchases.

JOHN R RAINES
2301 W SAINT MARY BLVD
LAFAYETTE LA 70506-2511

$ ____ . ____
Amount enclosed

Check here if your address or phone number has changed. Please note changes on reverse side.

☐

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

0000371524154941009 000713804000018475 09 r

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among balances and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate (DPR) to the ADB (as described below) for each Feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the ADB for each Feature, we (1) take the beginning balance for the Feature each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* The minimum **FC** for any billing period in which FC are imposed is **$0.50**. If you paid the New Balance on your prior statement in full by its payment due date, and you pay the New Balance on this statement by its payment due date, then you will avoid additional **FC** on purchases included in the New Balance on this statement. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. Billing Rights Summary: **In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

To Pay By Phone
1-800-472-9297

Customer Service and Lost or Stolen Cards
1-800-964-8542
**24 hours/7 days**

International Collect
1-336-393-1111

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille Statements
1-800-964-8542

Customer Service
P.O. Box 7863
Ft. Lauderdale, FL
33329-7863

Express Cash
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

**Payments**
P.O. BOX 650448
DALLAS TX
75265-0448

**Change of Address**
If correct on front do not use

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

**Finance Charges**
Billing days this period: 28

| | Average Daily Balance $ | Daily Periodic Rate | Actual **ANNUAL PERCENTAGE RATE** | Nominal **ANNUAL PERCENTAGE RATE** | Periodic **FINANCE CHARGE $** |
|---|---|---|---|---|---|
| Purchases | 7,322.01 | 0.0828% | 30.22% | 30.24% | 169.75 |
| Cash Advances | 0.00 | 0.0828% | 0.00% | 30.24% | 0.00 |
| | | | | | **169.75** |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

## Notice of Changes to Your Agreement

We are making **Important Changes** to your American Express Cardmember Agreement ("Agreement") governing the American Express® Card Account identified on this Notice. These changes become effective on the dates indicated below, whether or not you receive a billing statement. This Notice formally amends your Agreement, and any contrary or conflicting language in that Agreement is replaced fully and completely. Note that the terms of your Account are subject to change (including increasing **APRs**/DPRs and fees, changing fixed **APRs**/DPRs to variable **APRs**/DPRs, and adding new terms) in accordance with the Agreement governing your Account. All terms of the Agreement not amended herein remain in full force and effect.

This is an important Notice of changes to your Agreement. You should carefully review these changes, share them with any Additional Cardmembers on your Account, and then keep this Notice for future reference. If you have questions regarding this Notice, please call the telephone number listed on the back of your American Express Card.

**Late Fees**

Effective with Payment Due Dates on or after May 1, 2007, we are changing the late fees that may be assessed on your Account. Accordingly, effective May 1, 2007, we are replacing the **Late Fees** section of your Agreement with the following:

> "**Late Fees**
>
> We may assess a Late Fee if a payment of at least the Minimum Amount Due is not credited to your Account by the Payment Due Date. The amount of the Late Fee depends on the amount of the Previous Balance on the statement on which the Late Fee appears, as follows:

| *Previous Balance* | *Late Fee* |
|---|---|
| Less than $400 | $19 |
| $400 or greater | $38" |

**Status of and Responsibility for Additional Cardmembers**

Effective May 1, 2007, the following sentence is added to the end of the **Status of and Responsibility for Additional Cardmembers** section of your Agreement:

> "You agree to notify each Additional Cardmember that Additional Cardmembers are subject to all applicable provisions of this Agreement."

**Authorization for Electronic Debit to Your Checking Account**

Effective May 1, 2007, the **Authorization for Electronic Debit to Your Checking Account** section of your Agreement is deleted and replaced with the following:

> "**Authorization for Electronic Debit to Your Checking Account**
>
> When you provide a check as payment, you authorize us to use information from your check to make an electronic fund transfer from your account or to process the payment as a check transaction. If we process your check electronically, funds may be withdrawn from your bank or asset account as soon as the same day we receive your check. Also, if we process your check electronically, you will not receive that cancelled check with your bank or asset account statement."

## Other Important Information About Your Account

**Annual EFT Error Resolution Notice**

This notice is to inform you about how you should notify us of errors or questions regarding any electronic fund transfers you initiate using your American Express Card, including Express Cash transactions, or electronic payments you make to American Express using Pay By Phone, Pay By Computer, or any other American Express electronic payment service.

In case of errors or questions about your Electronic Transfers, please telephone us at 1-800-IPAY-AXP for Pay By Phone and Pay By Computer questions, and at 1-800-CASH-NOW for Express Cash and Automatic Payment questions. Alternatively, you may write to us at American Express Travel Related Services Company, Inc., Electronic Funds Services, P.O. Box 297815, Ft. Lauderdale, FL 33329-7815, or e-mail us by clicking on the Customer Service link online at www.americanexpress.com. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared or question arose. When you contact us, please provide the following information: (1) Your name and account number. (2) Description of the error or the transfer you are unsure about. Explain as clearly as you can why you believe it is an error or why you need more information. (3) The date and dollar amount of the suspected error.

If you notify us by phone, we may require that you send us your complaint or question in writing within 10 business days of the call. We will determine whether an error occurred within 10 business days and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. For errors involving new accounts, point-of-sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## An Important Notice Concerning Cardmember Privacy

This Privacy Notice is addressed to United States holders of personal American Express® Charge Cards or accounts, Optima® Cards or accounts, and other personal credit card accounts that we issue, and to United States holders of business charge and credit cards from OPEN from American Express℠. This Notice explains how we collect and safeguard information about you and how to tell us your opt out choices. In this Notice, American Express Travel Related Services Company, Inc., American Express Centurion Bank, and American Express Bank, FSB are called "American Express," "we," "our," and "us." The cards and accounts that we issue are called "Cards" or "Card accounts." Holders of those Card accounts are called "Cardmembers" or "you." "Affiliates" refers to other companies in the American Express family, related to us by common control or ownership.

**What Information Do We Collect?**
We obtain information about you from a variety of sources. You provide us with information about yourself, for example, by completing Card applications. This includes your name, address, social security number, and income and asset information. Your use of the Card and your other transactions with us and our Affiliates provide us with additional information, such as your spending and payment history.

Other sources, such as credit reporting agencies and providers of marketing information, furnish us with additional information about your credit history, purchasing preferences, and other matters. We also obtain information in connection with our efforts to protect against fraud. We call all of this information "Cardmember Information."

**What Do We Do with This Information?**
We use Cardmember Information in connection with delivering products and services to you. To do this it is often necessary to share it with our Affiliates and other companies we work with. These include companies that manage Card accounts, offer affinity, frequent-user, and reward programs, companies that perform marketing services and other business operations for us, and companies whose products or services are provided as a benefit of your Card account. We may also share Cardmember Information with other financial institutions with whom we jointly offer products and services. And we may disclose it to other third parties as permitted by law. For example, we disclose Cardmember Information in response to subpoenas, to credit reporting agencies, and to help prevent fraud.

**Your Opt Out Choices**
You have "opt out" choices about offers that may be sent to you and how those offers may be delivered to you. You may also opt out from certain disclosures of Cardmember Information. Your opt out choices and how to opt out are explained below.

**Offers for Products and Services of Other Companies**
We work with other companies, such as merchants that accept the Card, so that you may receive offers for their products and services. We use Cardmember Information to help make these offers more relevant and valuable to you. If you respond to one of these offers, the other company will know certain information about you, such as your name, that you are a Cardmember, and that you met the qualifications established for the offer.

**Your Choice:** You may opt out from receiving these offers by calling us at **800-297-8378** or by filling out the attached form and returning it to the address on the form. You may also include the form with your regular payment.

Please Note: You may receive additional privacy notices that provide information and different opt out choices for other Card accounts that are applicable only to those accounts.

---

**Please complete this form if you choose to opt out and wish to mail your response rather than use the toll-free number, which is 800-297-8378.** Return this form to American Express along with your payment coupon using the payment envelope enclosed with your statement.

**Offers for Products and Services of Other Companies**
☐ Do not use Cardmember Information to send me offers for products and services of other companies.

**Credit Information Provided to Our Affiliates**
☐ Do not share credit-related information about me (except as described in this Notice) with American Express Affiliates.

**Offers for American Express Products and Services**
☐ **Mail Offers:** Do not use Cardmember Information to mail me offers for American Express products and services.

☐ **Telephone Offers:** Do not contact me by telephone to offer me products and services.

If you do not have a payment envelope, mail your response to:
**American Express**
Cardmember Information Services
P.O. Box 981527
El Paso
TX 79990-1527

Account Number
**3715-241549-41009**

BP/MU/01LE/0307

**Offers for American Express Products and Services**

**Mail Offers**
We may use Cardmember Information to mail you offers for American Express products and services.

**Your Choice:** To opt out from receiving these mailings, call us at **800-297-8378** or fill out the attached form and return it to the address on the form. You may also include the form with your regular payment.

**Telephone Offers**
We may contact you by telephone about our products and services or those that we offer with our business partners.

**Your Choice:** To opt out from receiving these telephone offers, call us at **800-297-8378** or fill out the attached form and return it to the address on the form. You may also include the form with your regular payment.

**Information We Share with Our Affiliates**
Our Affiliates include publishers, travelers cheques issuers, travel agents and providers of Card-related insurance services. American Express Travel Related Services Company, Inc., American Express Centurion Bank, and American Express Bank, FSB are Affiliates of each other. We may disclose certain Cardmember Information to our Affiliates to provide services for your Card account and to develop and send you offers for their products and services. We are permitted by law to share with our Affiliates information about our transactions and experiences with you, such as your payment history. But you can opt out of our sharing with our Affiliates other credit-related information (such as your credit history as shown on a consumer report).

**Your Choice:** To opt out from our sharing credit-related information with our Affiliates (except as permitted by law) call us at **800-297-8378** or fill out the attached form and return it to the address on the form. You may also include the form with your regular payment.

**E-Mail Offers**
We may send you e-mail offers for our products and services, and those of our Affiliates and other companies we work with. We don't share e-mail addresses with other companies for them to market their own products and services to you.

**Your Choice:** To opt out from receiving these e-mail offers, enter your preferences at the "Set E-Mail Preferences" page of our Internet Privacy Statement at www.americanexpress.com/preferences.

**Additional Information About Your Opt Out Choices**
If you are the primary Cardmember on your Card account, your opt out choices will also apply to any other Cardmembers on your Card account. If you opt out, we may still include notices and information about the Card and other products and services when communicating with you about your Card account and related products and services.

**Information Security**
We take commercially reasonable physical, electronic and procedural steps to help safeguard Cardmember Information.

**Former Customers**
If you cancel your Card, or your Card account(s) are closed, we will continue to treat and safeguard Cardmember Information about you as described in this Notice.

**For Vermont Cardmembers Only**
If your Card account has a Vermont billing address, we will automatically treat your account as if you had checked the lower-left hand box on the attached opt out form. We may share your name and contact information, and information about our transactions or experiences with you, with financial institutions with whom we jointly offer financial products and services and with our Affiliates. This Notice describes opt out choices about certain other uses of Cardmember Information.

AMERICAN EXPRESS

# The Optima® Platinum Card

**To manage your account online, visit americanexpress.com**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN R RAINES | 3715-241549-41009 | 04/10/07 |  |

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 7,138.04 | 0.00 | +214.68 | =7,352.72 | 379.43 |

**Payment Due Date 04/30/07**

**Minimum Amount Due includes:**
Past due amount $184.75
This month's amount due $194.68
Please refer to page 2 for important information regarding your account

| Credit Line Summary on 04/10/07 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 7,200.00 | 0.00 | 200.00 | 0.00 |

Your account is overlimit and past due. Please pay at least **$379.43**, plus any additional charges you have incurred since the date of this billing statement, to avoid any overlimit fees on your next statement. Please see your Cardmember Agreement for additional terms and conditions that may apply.

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com**. You can also pay your bill by calling **1-800-I-PAY-AXP** (1-800-472-9297).

## Activity

* Indicates posting date

| | Amount $ |
|---|---|
| **Total of Payment Activity** | **0.00** |

**New Activity for JOHN R RAINES**
Card XXXX-XXXXX9-41009

| Date | Description | Amount $ |
|---|---|---|
| 04/03/07 | Late Payment Fee | 35.00 |
| 04/10/07 | Periodic **FINANCE CHARGE** | 179.68 |
| **Total of New Activity** | | **214.68** |

**Finance Charges**
Billing days this period: 30

| | Average Daily Balance $ | Daily Periodic Rate | Actual ANNUAL PERCENTAGE RATE | Nominal ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 7,233.76 | 0.0828% | 30.22% | 30.24% | 179.68 |
| Cash Advances | 0.00 | 0.0828% | 0.00% | 30.24% | 0.00 |
| | | | | | **179.68** |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

Please fold on the perforation below, detach and return with your payment

**Payment Coupon**

Account Number
3715-241549-41009

**Payment Due Date: 04/30/07**

Please enter your account number on all checks and correspondence.

**Total New Balance $ 7,352.72**

Make check payable to American Express.

**Minimum Amount Due $379.43**

See Finance Charge section on reverse side for a description of when additional Finance Charges are not assessed on Purchases.

JOHN R RAINES
2301 W SAINT MARY BLVD
LAFAYETTE LA 70506-2511

$ ______ . ___
Amount enclosed

Check here if your address or phone number has changed. Please note changes on reverse side.

☐

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

0000371524154941009 000735272000037943 09 H

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among balances and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate (DPR) to the ADB (as described below) for each Feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the ADB for each Feature, we (1) take the beginning balance for the Feature each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* The minimum **FC** for any billing period in which FC are imposed is **$0.50**. If you paid the New Balance on your prior statement in full by its payment due date, and you pay the New Balance on this statement by its payment due date, then you will avoid additional **FC** on purchases included in the New Balance on this statement. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. Billing Rights Summary: **In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

To Pay By Phone
1-800-472-9297

Customer Service and Lost or Stolen Cards
1-800-964-8542
**24 hours/7 days**

International Collect
1-336-393-1111

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille Statements
1-800-964-8542

Customer Service
P.O. Box 7863
Ft. Lauderdale, FL
33329-7863

Express Cash
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

**Payments**
P.O. BOX 650448
DALLAS TX
75265-0448

**Change of Address**
If correct on front do not use

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

AMERICAN EXPRESS

Prepared For
JOHN R RAINES

Account Number
XXXX-XXXXX9-41009

Closing Date
04/10/07



CustomExtras™

## Now Accepting American Express® Cards!

**The Russian Tea Room** - The New York City landmark opens its doors offering modern Continental cuisine and famous Russian classics. For reservations, call **212-581-7100** .

**Social** - Now open, serving fine wines and delicious food. 188 E. Bay St., Charleston, SC. **843-577-5665** .

If there are other places where you would like to see the Card accepted, please call the Customer Service number that is located at the top of your statement or the number that is on the back of your Card.

(CE 108629)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

AMERICAN EXPRESS

# The Optima® Platinum Card

**To manage your account online, visit americanexpress.com**

Prepared For
JOHN R RAINES

Account Number
3715-241549-41009

Closing Date
05/10/07



| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 7,352.72 | -379.43 | +175.31 | =7,148.60 | 190.31 |

**Payment Due Date 05/30/07**
Please refer to page 2 for important information regarding your account

| Credit Line Summary on 05/10/07 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 7,200.00 | 51.40 | 200.00 | 51.40 |

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com**.
For additional contact information, please see the reverse side of this page.

## Activity

* Indicates posting date

| | | Amount $ |
|---|---|---|
| 04/11/07* | PHONE PAYMENT RECEIVED-THANK YOU XXXX36606 JPMORGAN CHASE BANK, NA | -379.43 |

**New Activity for JOHN R RAINES**
Card XXXX-XXXXX9-41009

| | | Amount $ |
|---|---|---|
| 05/10/07 | Periodic **FINANCE CHARGE** | 175.31 |
| **Total of New Activity** | | **175.31** |

**Finance Charges**
Billing days this period: 30

| | Average Daily Balance $ | Daily Periodic Rate | Actual ANNUAL PERCENTAGE RATE | Nominal ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 7,057.66 | 0.0828% | 30.22% | 30.24% | 175.31 |
| Cash Advances | 0.00 | 0.0828% | 0.00% | 30.24% | 0.00 |
| | | | | | **175.31** |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

Please fold on the perforation below, detach and return with your payment

## Payment Coupon

Account Number
3715-241549-41009

**Payment Due Date: 05/30/07**

Please enter your account number on all checks and correspondence.

**Total New Balance $ 7,148.60**

Make check payable to American Express.

**Minimum Amount Due $190.31**

See Finance Charge section on reverse side for a description of when additional Finance Charges are not assessed on Purchases.

JOHN R RAINES
2301 W SAINT MARY BLVD
LAFAYETTE LA 70506-2511

$ ______ . ___
Amount enclosed

Check here if your address or phone number has changed. Please note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

0000371524154941009 000714860000019031 09 4

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among balances and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate (DPR) to the ADB (as described below) for each Feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the ADB for each Feature, we (1) take the beginning balance for the Feature each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* The minimum **FC** for any billing period in which FC are imposed is **$0.50**. If you paid the New Balance on your prior statement in full by its payment due date, and you pay the New Balance on this statement by its payment due date, then you will avoid additional **FC** on purchases included in the New Balance on this statement. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. Billing Rights Summary: **In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

To Pay By Phone
1-800-472-9297

Customer Service and Lost or Stolen Cards
1-800-964-8542
**24 hours/7 days**

International Collect
1-336-393-1111

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille Statements
1-800-964-8542

Customer Service
P.O. Box 7863
Ft. Lauderdale, FL
33329-7863

Express Cash
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

**Payments**
P.O. BOX 650448
DALLAS TX
75265-0448

**Change of Address**
If correct on front do not use

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

CustomExtras™

## Now Accepting American Express® Cards!

**Liberty Mutual** - We take our responsibility to provide you with the very best insurance protection seriously, and we can help save you money. Contact **1-800-4LIBERTY** or **libertymutual.com**

**Jetty East** - Vacation rentals in Destin, Florida. For information, call **1-800-368-0222** or visit the website at **jettyeast.net**

**NutritionExpress.com** - Shop online for name-brand supplements at great prices. Protein bars, diet & bodybuilding products, vitamins & minerals, herbs, and much more!

If there are other places where you would like to see the Card accepted, please call the Customer Service number that is located at the top of your statement or the number that is on the back of your Card.

(CE 108781)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

AMERICAN EXPRESS

# The Optima® Platinum Card

**To manage your account online, visit americanexpress.com**

Prepared For
JOHN R RAINES

Account Number
3715-241549-41009

Closing Date
06/11/07



| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | **Minimum Amount Due $** |
|---|---|---|---|---|
| 7,148.60 | 0.00 | +230.17 | =7,378.77 | 397.48 |

**Payment Due Date**
**07/01/07**

**Minimum Amount Due includes:**
Past due amount $190.31
This month's amount due $207.17

Please refer to page 2 for important information regarding your account

| **Credit Line Summary** on 06/11/07 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 7,200.00 | 0.00 | 200.00 | 0.00 |

Your account is overlimit and past due. Please pay at least **$397.48**, plus any additional charges you have incurred since the date of this billing statement, to avoid any overlimit fees on your next statement. Please see your Cardmember Agreement for additional terms and conditions that may apply.

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com**. For additional contact information, please see the reverse side of this page.

## Activity

* Indicates posting date

| | Amount $ |
|---|---|
| **Total of Payment Activity** | **0.00** |

**New Activity for JOHN R RAINES**
Card XXXX-XXXXX9-41009

| | | Amount $ |
|---|---|---|
| 06/02/07 | Late Payment Fee | 38.00 |
| 06/11/07 | Periodic **FINANCE CHARGE** | 192.17 |
| **Total of New Activity** | | **230.17** |

**Finance Charges**
Billing days this period: 32

| | Average Daily Balance $ | Daily Periodic Rate | Actual **ANNUAL PERCENTAGE RATE** | Nominal **ANNUAL PERCENTAGE RATE** | Periodic **FINANCE CHARGE $** |
|---|---|---|---|---|---|
| Purchases | 7,253.02 | 0.0828% | 30.22% | 30.24% | 192.17 |
| Cash Advances | 0.00 | 0.0828% | 0.00% | 30.24% | 0.00 |
| | | | | | **192.17** |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

Please fold on the perforation below, detach and return with your payment

**Payment Coupon**

Account Number
3715-241549-41009

**Payment Due Date:**
**07/01/07**

Please enter your account number on all checks and correspondence.

**Total New Balance**
**$ 7,378.77**

Make check payable to American Express.

**Minimum Amount Due**
**$397.48**

See Finance Charge section on reverse side for a description of when additional Finance Charges are not assessed on Purchases.

JOHN R RAINES
2301 W SAINT MARY BLVD
LAFAYETTE LA 70506-2511

$ ________ . ____
Amount enclosed

Check here if your address or phone number has changed. Please note changes on reverse side.

☐

Mail Payment to:
AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

0000371524154941009 00073787700039748 09 4

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among balances and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate (DPR) to the ADB (as described below) for each Feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the ADB for each Feature, we (1) take the beginning balance for the Feature each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* The minimum **FC** for any billing period in which FC are imposed is **$0.50**. If you paid the New Balance on your prior statement in full by its payment due date, and you pay the New Balance on this statement by its payment due date, then you will avoid additional **FC** on purchases included in the New Balance on this statement. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. Billing Rights Summary: **In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

To Pay By Phone
1-800-472-9297

Customer Service and
Lost or Stolen Cards
1-800-964-8542
**24 hours/7 days**

International Collect
1-336-393-1111

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille
Statements
1-800-964-8542

**americanexpress.com**

Customer Service
P.O. Box 981535
El Paso, TX
79998-1535

Express Cash
P.O. Box 981531
El Paso, TX
79998-1531

**Payments**
P.O. BOX 650448
DALLAS TX
75265-0448

**Change of Address**
If correct on front
do not use

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.

CustomExtras℠

## Now Accepting American Express® Cards!

CARDS WELCOME

**Factory Card & Party Outlet** - Fun and creative solutions for your party and special occasion needs. To find a location near you, visit us online at **FactoryCard.com**

**Boat Tree** - The world's largest Regal dealer has a boat to meet everyone's needs. Call **1-800-241-8141** or visit **boattree.com** today to find a location near you.

**VeloNews** - Journal of competitive cycling, pro-racing coverage 21 times a year, daily news, features, live race coverage and online specials at **velonews.com**. **1-800-494-1413** .

If there are other places where you would like to see the Card accepted, please call the Customer Service number that is located at the top of your statement or the number that is on the back of your Card.

(CE 108928)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

# The Optima® Platinum Card

To manage your account online, visit americanexpress.com

Prepared For
JOHN R RAINES

Account Number
3715-241549-41009

Closing Date
07/10/07



| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 7,378.77 | 0.00 | +252.49 | =7,631.26 | 626.97 |

**Payment Due Date 07/30/07**

**Minimum Amount Due includes:**
Past due amount $397.48
This month's amount due $229.49
Please refer to page 2 for important information regarding your account

| Credit Line Summary on 07/10/07 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 7,200.00 | 0.00 | 200.00 | 0.00 |

Your account is overlimit and past due. Please pay at least **$626.97**, plus any additional charges you have incurred since the date of this billing statement, to avoid any overlimit fees on your next statement. Please see your Cardmember Agreement for additional terms and conditions that may apply.

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com**. For additional contact information, please see the reverse side of this page.

## Activity

* Indicates posting date

| | | Amount $ |
|---|---|---|
| **Total of Payment Activity** | | **0.00** |

**New Activity for JOHN R RAINES**
Card XXXX-XXXXX9-41009

| | | Amount $ |
|---|---|---|
| 07/04/07 | Late Payment Fee | 38.00 |
| 07/10/07 | Periodic **FINANCE CHARGE** | 179.49 |
| 07/10/07 | Overlimit Fee | 35.00 |
| **Total of New Activity** | | **252.49** |

Please fold on the perforation below, detach and return with your payment

*Continued on Page 3*

## Payment Coupon

Account Number
3715-241549-41009

**Payment Due Date: 07/30/07**

Please enter your account number on all checks and correspondence.

**Total New Balance $ 7,631.26**

Make check payable to American Express.

**Minimum Amount Due $626.97**

See Finance Charge section on reverse side for a description of when additional Finance Charges are not assessed on Purchases.

JOHN R RAINES
2301 W SAINT MARY BLVD
LAFAYETTE LA 70506-2511

$ ________ Amount enclosed

Check here if your address or phone number has changed. Please note changes on reverse side.

Mail Payment to:
AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

000037152415494100 9 000763126000062697 09 4

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among balances and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate (DPR) to the ADB (as described below) for each Feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the ADB for each Feature, we (1) take the beginning balance for the Feature each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* The minimum **FC** for any billing period in which FC are imposed is **$0.50**. If you paid the New Balance on your prior statement in full by its payment due date, and you pay the New Balance on this statement by its payment due date, then you will avoid additional **FC** on purchases included in the New Balance on this statement. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. Billing Rights Summary: **In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

To Pay By Phone
1-800-472-9297

Customer Service and
Lost or Stolen Cards
1-800-964-8542
**24 hours/7 days**

International Collect
1-336-393-1111

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille
Statements
1-800-964-8542

**americanexpress.com**

Customer Service
P.O. Box 981535
El Paso, TX
79998-1535

Express Cash
P.O. Box 981531
El Paso, TX
79998-1531

**Payments**
P.O. BOX 650448
DALLAS TX
75265-0448

**Change of Address**
If correct on front
do not use

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.

| **Finance Charges**<br>Billing days this period: 29 | Average Daily Balance $ | Daily Periodic Rate | Actual **ANNUAL PERCENTAGE RATE** | Nominal **ANNUAL PERCENTAGE RATE** | Periodic **FINANCE CHARGE $** |
|---|---|---|---|---|---|
| Purchases | 7,475.34 | 0.0828% | 30.22% | 30.24% | 179.49 |
| Cash Advances | 0.00 | 0.0828% | 0.00% | 30.24% | 0.00 |
| | | | | | **179.49** |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

AMERICAN EXPRESS

# The Optima® Platinum Card

**To manage your account online, visit americanexpress.com**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN R RAINES | XXXX-XXXXX9-41009 | 08/10/07 |  |

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 7,631.26 | -397.48 | +227.48 | =7,461.26 | 433.97 |

**Payment Due Date 08/30/07**

**Minimum Amount Due includes:**
Past due amount $229.49
This month's amount due $204.48
Please refer to page 2 for important information regarding your account

| Credit Line Summary on 08/10/07 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 7,200.00 | 0.00 | 200.00 | 0.00 |

Your account is overlimit and past due. Please pay at least **$433.97**, plus any additional charges you have incurred since the date of this billing statement, to avoid any overlimit fees on your next statement. Please see your Cardmember Agreement for additional terms and conditions that may apply.

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com**. For additional contact information, please see the reverse side of this page.

## Activity

* Indicates posting date

| Date | Description | Amount $ |
|---|---|---|
| 07/13/07* | PHONE PAYMENT RECEIVED-THANK YOU | -190.31 |
| 07/16/07* | PHONE PAYMENT RECEIVED-THANK YOU | -207.17 |
| **Total of Payment Activity** | | **-397.48** |

**New Activity for JOHN R RAINES**
Card XXXX-XXXXX9-41009

| Date | Description | Amount $ |
|---|---|---|
| 08/02/07 | Late Payment Fee | 38.00 |
| 08/10/07 | Periodic **FINANCE CHARGE** | 189.48 |
| **Total of New Activity** | | **227.48** |

Please fold on the perforation below, detach and return with your payment

*Continued on Page 3*

## Payment Coupon

Account Number
3715-241549-41009

**Payment Due Date: 08/30/07**

Please enter your account number on all checks and correspondence.

**Total New Balance $ 7,461.26**

Make check payable to American Express.

**Minimum Amount Due $433.97**

See Finance Charge section on reverse side for a description of when additional Finance Charges are not assessed on Purchases.

JOHN R RAINES
2301 W SAINT MARY BLVD
LAFAYETTE LA 70506-2511

$ ______ . ___
Amount enclosed

Check here if your address or phone number has changed. Please note changes on reverse side.

☐

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

000037152415494100 9 000746126000043397 09 H

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among balances and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate (DPR) to the ADB (as described below) for each Feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the ADB for each Feature, we (1) take the beginning balance for the Feature each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* The minimum **FC** for any billing period in which FC are imposed is **$0.50**. If you paid the New Balance on your prior statement in full by its payment due date, and you pay the New Balance on this statement by its payment due date, then you will avoid additional **FC** on purchases included in the New Balance on this statement. **Transactions Made In Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. Billing Rights Summary: **In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

To Pay By Phone
1-800-472-9297

Customer Service and
Lost or Stolen Cards
1-800-964-8542
**24 hours/7 days**

International Collect
1-336-393-1111

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille
Statements
1-800-964-8542

**americanexpress.com**

Customer Service
P.O. Box 981535
El Paso, TX
79998-1535

Express Cash
P.O. Box 981531
El Paso, TX
79998-1531

**Payments**
P.O. BOX 650448
DALLAS TX
75265-0448

**Change of Address**
If correct on front
do not use

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.

## Finance Charges

Billing days this period: 31

| | Average Daily Balance $ | Daily Periodic Rate | Actual **ANNUAL PERCENTAGE RATE** | Nominal **ANNUAL PERCENTAGE RATE** | Periodic **FINANCE CHARGE $** |
|---|---|---|---|---|---|
| Purchases | 7,382.19 | 0.0828% | 30.22% | 30.24% | 189.48 |
| Cash Advances | 0.00 | 0.0828% | 0.00% | 30.24% | 0.00 |
| | | | | | **189.48** |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.