CustomExtras™

## Now Accepting American Express® Cards!

**Sport Clips** - Top 50 fastest-growing hair-care franchise specializing in men and boys. Sports on TV. Hot towels. Massaging shampoos. Visit **www.SportClips.com** for one near you.

**Troy University** - Enroll now at over 60 campuses serving more than 28,000 students in 16 states and through eCampus. Go to **www.troy.edu** or call **1-800-551-9716.**

**Voyage by Pascale** - Your Caribbean and Mexico specialist for the discerning traveler. For more information or reservations, call **1-866-312-1440** or e-mail **pascale@voyagebp.com**

If there are other places where you would like to see the Card accepted, please call the Customer Service number that is located at the top of your statement or the number that is on the back of your Card.

(CE 109237)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

# The Optima® Platinum Card

To manage your account online, visit americanexpress.com

Prepared For JOHN R RAINES | Account Number XXXX-XXXXX9-41009 | Closing Date 09/11/07



| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 7,461.26 | -229.49 | +233.57 | =7,465.34 | 415.05 |

**Payment Due Date 10/01/07**

**Minimum Amount Due includes:**
Past due amount $204.48
This month's amount due $210.57
Please refer to page 2 for important information regarding your account

| Credit Line Summary | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| on 09/11/07 | 7,200.00 | 0.00 | 200.00 | 0.00 |

**See Page 4 For A Notice Of Changes To Your Agreement**

**See Page 5 For A Notice Of Changes To Your Agreement**

Your account is overlimit and past due. Please pay at least **$415.05**, plus any additional charges you have incurred since the date of this billing statement, to avoid any overlimit fees on your next statement. Please see your Cardmember Agreement for additional terms and conditions that may apply.

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com**. For additional contact information, please see the reverse side of this page.

## Activity

* Indicates posting date

| | | Amount $ |
|---|---|---|
| 08/17/07* | PHONE PAYMENT RECEIVED-THANK YOU | -229.49 |

## New Activity for JOHN R RAINES

Card XXXX-XXXXX9-41009

| | | Amount $ |
|---|---|---|
| 09/02/07 | Late Payment Fee | 38.00 |
| 09/11/07 | Periodic **FINANCE CHARGE** | 195.57 |
| **Total of New Activity** | | **233.57** |

*Continued on Page 3*

Please fold on the perforation below, detach and return with your payment

**Payment Coupon**

Account Number 3715-241549-41009

**Payment Due Date: 10/01/07**

Please enter your account number on all checks and correspondence.

**New Balance $ 7,465.34**

Make check payable to American Express.

**Minimum Amount Due $415.05**

See Finance Charge section on reverse side for a description of when additional Finance Charges are not assessed on Purchases.

JOHN R RAINES
2301 W SAINT MARY BLVD
LAFAYETTE LA 70506-2511

$ ______ . ___
Amount enclosed

Check here if your address or phone number has changed. Please note changes on reverse side.

☐

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

000037152415494100 9 0007465340000415O5 09 4

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among balances and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate (DPR) to the ADB (as described below) for each Feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the ADB for each Feature, we (1) take the beginning balance for the Feature each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* The minimum **FC** for any billing period in which FC are imposed is **$0.50**. If you paid the New Balance on your prior statement in full by its payment due date, and you pay the New Balance on this statement by its payment due date, then you will avoid additional **FC** on purchases included in the New Balance on this statement. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. Billing Rights Summary: **In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

To Pay By Phone
1-800-472-9297

Customer Service and Lost or Stolen Cards
1-800-964-8542
**24 hours/7 days**

International Collect
1-336-393-1111

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille Statements
1-800-964-8542

**americanexpress.com**

Customer Service
P.O. Box 981535
El Paso, TX
79998-1535

Express Cash
P.O. Box 981531
El Paso, TX
79998-1531

**Payments**
P.O. BOX 650448
DALLAS TX
75265-0448

**Change of Address**
If correct on front do not use

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

| **Finance Charges**<br>Billing days this period: 32 | Average Daily Balance $ | Daily Periodic Rate | Actual **ANNUAL PERCENTAGE RATE** | Nominal **ANNUAL PERCENTAGE RATE** | Periodic **FINANCE CHARGE $** |
|---|---|---|---|---|---|
| Purchases | 7,381.33 | 0.0828% | 30.22% | 30.24% | 195.57 |
| Cash Advances | 0.00 | 0.0828% | 0.00% | 30.24% | 0.00 |
| | | | | | **195.57** |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

# Notice of Changes to Your Agreement

We are making **Important Changes** to your American Express Cardmember Agreement ("Agreement") governing the American Express® Card Account identified on this Notice. These changes become effective on the dates indicated below, whether or not you receive a billing statement. This Notice formally amends your Agreement, and any contrary or conflicting language in that Agreement is replaced fully and completely. Note that the terms of your Account are subject to change (including increasing **APRs**/DPRs and fees, changing fixed **APRs**/DPRs to variable **APRs**/DPRs, and adding new terms) in accordance with the Agreement governing your Account. All terms of the Agreement not amended herein remain in full force and effect.

This is an important Notice of changes to your Agreement. You should carefully review these changes, share them with any Additional Cardmembers on your Account, and then keep this Notice for future reference. If you have questions regarding this Notice, please call the telephone number listed on the back of your American Express Card.

**Changes to Minimum Amount Due**

We are changing the Minimum Amount Due calculation for your Account. This change becomes effective with your first billing period that ends on or after November 16, 2007. As a result of this change, if you consistently pay only the Minimum Amount Due, your Minimum Amount Due may increase. Accordingly, effective October 17, 2007, the heading of the **Billing Statements/Minimum Amount Due** section of your Agreement is deleted and replaced with "**Billing Statements**," and the third and following paragraphs of that section are deleted and replaced with the following new section:

**"Minimum Amount Due**

Each billing statement will reflect a Minimum Amount Due. Payment is due by the time and date shown and in the manner prescribed on the statement. The Minimum Amount Due will not exceed the New Balance. You may pay more than the Minimum Amount Due, up to the entire outstanding balance, at any time. To calculate the Minimum Amount Due, we add together the following amounts, round the result to the nearest whole dollar, and then add any amount past due:

(1) the greatest of:
  (a) 2% of the New Balance (excluding from the New Balance any over-limit amount and any late fees or over-limit fees);
  (b) the lesser of:
    (i) current billed Finance Charges plus 1% of the New Balance (excluding from the New Balance any over-limit amount, any late fees or over-limit fees and finance charges), or
    (ii) 4% of the New Balance; or
  (c) $15;
(2) any over-limit fees added during the billing period;
(3) any late fees added during the billing period; and
(4) 1/24th of any over-limit amount (the part of your New Balance in excess of your credit line).

***Adjusted Minimum Amount Due***

***Summary***. If you consistently pay more than the Minimum Amount Due outlined above, we may calculate your minimum payment without any late fees, over-limit amount or the additional 1% of the balance referenced in (1)(b)(i). If we do this, and finance charges are more than 2% of the balance, we may add $15 to your minimum payment. For information about how this works, read the detailed description below.

***Detailed Description***. We may adjust the outlined calculation above by removing the late fees in (3), the over-limit amount in (4) and "plus 1% of the New Balance" in (1)(b)(i). In the adjusted calculation, we will exclude only the over-limit fees from the New Balance in (1)(a). After the adjustment, if (1) is equal to the current billed Finance Charges, we will increase your Minimum Amount Due by $15.

We will apply the adjusted calculation to your Account if:

- the sum of your payments (credited to your Account in the six consecutive billing periods ending with the Closing Date of the current billing period) is greater than the sum of the Minimum Amounts Due (for the six consecutive billing periods ending with the Closing Date of the previous billing period, not using the adjusted calculation and including the amount past due in only the first of those six periods);
- the sum of the Minimum Amounts Due is equal to the sum of your payments and it is less than or equal to $90;
- the sum of the Minimum Amounts Due is zero and we used the adjusted calculation in the last billing period when your Minimum Amount Due was not zero; or
- it is the first billing period ending on or after November 16, 2007, and your Account was opened before that date.

If we adjust your Minimum Amount Due, we will do so for at least six billing periods, and if we stop adjusting your Minimum Amount Due, we will not adjust it again for at least six billing periods, regardless of your payment history."

# Notice of Changes to Your Agreement

We are making **Important Changes** to your American Express Cardmember Agreement ("Agreement") governing the American Express® Card Account identified on this Notice. These changes become effective on the dates indicated below, whether or not you receive a billing statement. This Notice formally amends your Agreement, and any contrary or conflicting language in that Agreement is replaced fully and completely. Note that the terms of your Account are subject to change (including increasing **APRs**/DPRs and fees, changing fixed **APRs**/DPRs to variable **APRs**/DPRs, and adding new terms) in accordance with the Agreement governing your Account. All terms of the Agreement not amended herein remain in full force and effect.

This is an important Notice of changes to your Agreement. You should carefully review these changes, share them with any Additional Cardmembers on your Account, and then keep this Notice for future reference. If you have questions regarding this Notice, please call the telephone number listed on the back of your American Express Card.

## Purchase Protection

Purchase Protection is changed for covered purchases made on or after November 1, 2007. Accordingly, effective November 1, 2007, the information below replaces any other information you previously had regarding Purchase Protection.

**Description of Coverage** Underwritten by AMEX Assurance Company, Administrative Office, 480 Pilgrim Way, Green Bay, Wisconsin Purchase Protection provides coverage for Your purchases for ninety (90) days from the date of purchase when You charge any portion of the price of the purchased item to Your Account. You will be reimbursed only for the amount charged to Your Account. (See Description of Benefits section.)

**Definitions**

Certain words used in this Description of Coverage are capitalized throughout and have special meanings. Wherever used herein, the singular shall include the plural, the plural shall include the singular, as the context requires.

**Account** means Your American Express Card Account.

**Cardmember** means a person who has been issued a United States of America based proprietary American Express Card, which is Current and in Good Standing, and who has a Permanent Residence in the 50 United States of America, the District of Columbia, Puerto Rico or the U.S. Virgin Islands.

**Covered Incident** means the theft of, or damage, whether by accident or vandalism, to any one item of property purchased worldwide as a gift or for personal or business use and charged to Your Account.

**Company** means AMEX Assurance Company, and its duly authorized agents.

**Current and in Good Standing** means a Cardmember Account for which the monthly minimum requirement has been paid prior to the date in which the claim is payable.

**Master Policyholder** means American Express Travel Related Services Company, Inc.

**Permanent Residence** means the one primary dwelling place where the Cardmember resides and to which they intend to return.

**Plan** means the Policy and the benefits described therein.

**Platinum Cardmember** means a Cardmember who has a Platinum Charge Card (required to be paid in full monthly), a Corporate Platinum Card, or a Fidelity American Express Platinum Card. Any other Card which may reference the Platinum name or has Platinum colored plastic will not receive higher coverage limits or benefits.

**Policy** means the Group Insurance Master Policy (AX0951 issued to American Express Travel Related Services Company, Inc.).

**We, Us, Our** means the Company.

**You, Your** means the Cardmember.

**Description of Benefits**

We will pay You the expense charged to Your Account up to $1,000 for any one Covered Incident and up to $50,000 for all Covered Incidents during a calendar year. Purchase Protection provides benefits, for ninety (90) days from the date of purchase, if a Covered Incident occurs with respect to property You purchased and charged to Your Account. Our benefit payment will not include shipping and handling expenses or installation, assembly, professional advice, maintenance or other service charges or any product rebates, discounts or money received from lowest price comparison programs that reduced the original cost of the property.

Our payment of any eligible benefit amount is further contingent upon Your Account being Current and in Good Standing.

Only a Cardmember has a legal and equitable right to any insurance benefit that may be available under this Plan.

**Exclusions**

Benefits are not payable if the loss for which coverage is sought was directly or indirectly, wholly or partially, contributed to or caused by:

1. war or any act of war, whether declared or undeclared; 2. any activity directly related to and occurring while in the service of any armed military force of any nation state recognized by the United Nations; 3. participation in a riot, civil disturbance, protest or insurrection; 4. violation of a criminal law, offense or infraction; 5. natural disasters, including, but not limited to, hurricanes, floods, tornados, earthquakes or any other event in the course of nature, that occurs at the same time or in separate instances; 6. fraud or abuse or illegal activity of any kind by the Cardmember; 7. confiscation by any governmental authority, public authority, or customs official; 8. negligent failure of a duty to care by any third party in whose possession the property purchased by a Cardmember has been temporarily placed; 9. not being reasonably safeguarded by You; 10. theft from baggage not carried by hand and under Your personal supervision or under the supervision of a traveling companion known by You; 11. damage through alteration (including, but not limited to, cutting, sawing and shaping); 12. normal wear and tear, inherent product defect or manufacturer's defects or normal course of play; 13. damage or theft while under the care and control of a common carrier; 14. food spoilage; or 15. leaving property at an unoccupied construction site.

For residents of Washington, the first paragraph of this section is removed and replaced with the following: We will not pay for loss caused by any of the excluded events described below. Loss will be considered to have been caused by an excluded event if the occurrences of that event directly and solely results in loss, or initiates a sequence of events that result in loss, regardless of the nature of any intermediate or final event in that sequence.

**Purchases Not Covered**

The following purchases are not covered: 1. travelers checks, tickets of any kind, negotiable instruments (including, but not limited to, gift certificates, gift cards and gift checks), cash or its equivalent; 2. animals or living plants; 3. rare stamps or coins; 4. consumable or perishable items with limited life spans (including, but not limited to, perfume, light bulbs, batteries); 5. antique or previously owned items; 6. motorized vehicles and watercraft, aircraft, and motorcycles or their motors, equipment, parts or accessories; 7. stolen or damaged property

consisting of articles in a pair or set. Coverage will be limited to no more than the value of any particular part or parts, unless the articles are unusable individually and cannot be replaced individually, regardless of any special value they may have had as part of a set or collection; 8. items purchased for resale, professional, or commercial use; 9. permanent household and/or business fixtures, including, but not limited to, carpeting, flooring and/or tile; 10. business fixtures, including, but not limited to, air conditioners, refrigerators, heaters; and 11. hospital, medical and dental equipment and devices.

**Claims Provisions**

If You experience a loss for which You believe a benefit is payable under this Plan, You must provide both Notice of Claim and Proof of Loss.

To insure prompt processing of Your claim, report any theft or damage immediately following the date of the Covered Incident, including for gifts purchased with the Card. Retain Your receipts and Your damaged property (if applicable) until the claim process is complete.

**Notice of Claim**

Notice of Claim should be provided to Us within thirty (30) days of the loss. You may contact Us by calling toll-free stateside 1-800-322-1277 or, if from overseas, by calling collect 1-303-273-6498. You may also write to Us at Purchase Protection, PO Box 402, Golden, CO 80402-0402.

Failure to provide Notice of Claim within thirty (30) days will not invalidate a claim or reduce any benefit payment that may be found to be eligible, if it can be shown that it was provided as soon as reasonably possible. At the time You provide Us with Notice of Claim, We will assist You with Your Proof of Loss by providing You with instructions and/or documents, which You may have to complete and return to Us. You are required to cooperate with Us and provide documentation as requested by Us which is required and necessary to process Your claim and determine if benefits are payable.

For residents of Missouri, no claim will be denied based upon Your failure to provide notice within such specified time, unless this failure operates to prejudice the right of Us.

**Proof of Loss**

Proof of Loss requires You to send Us all the information We request, at Your expense, in order that Your claim may be evaluated and that We may make a determination as to whether the claim may be paid. You must provide Us with satisfactory Proof of Loss within thirty (30) days (for residents of North Dakota sixty (60) days) after We have provided You with instructions and/or a claim form in response to Your Notice of Claim or Your claim may be denied. Your Proof of Loss documentation may be mailed to Us at the same address provided above for mailing Your Notice of Claim. We reserve the right to request all the information We deem necessary to determine that Your claim is payable, and We will not consider that We have received complete Proof of Loss until the information We have requested is received.

Proof of Loss may require documentation consisting of, but not necessarily limited to, the following: 1. a Purchase Protection Claim Form; 2. the original itemized store receipt; 3. the insurance declaration forms for Your other sources of insurance or indemnity (e.g., homeowner's or renter's insurance); 4. a photograph of and/or repair estimate for the damaged property; and 5. for theft and vandalism claims, a report regarding the stolen or vandalized property must be filed with the appropriate authority before You call to file a claim under Purchase Protection.

No payment will be made on claims not substantiated in the manner required by Us.

If all required documentation is not received within thirty (30) days (for residents of North Dakota sixty (60) days) of the date of the Covered Incident (except for documentation which has not been furnished for reasons beyond Your control), coverage may be denied. It is Your responsibility to provide all required documentation We request.

You may be required to send in the damaged property at Your expense for further evaluation of Your claim. If requested, You must send in the damaged property within thirty (30) days (for residents of North Dakota sixty (60) days) from the date of Our request to remain eligible for coverage.

**Payment of Claim**

A claim for benefits provided by this Plan will be paid upon Our receipt and review of Your complete Proof of Loss documentation and Our determination that a claim is payable according to the terms of the Plan.

Any payment made by Us in good faith pursuant to this or any other provision of this Plan will fully discharge Us to the extent of such payment.

If other insurance is available to You which provides the same or similar coverage as that provided by this Plan, this Plan becomes excess and We will pay only that portion of the Covered Incident benefit which is not reimbursed by other insurance up to Our limits, as provided under the Description of Benefits section.

**General Provisions**

**Change of Permanent Residence**

If the change is to a different state, Your Policy provisions may be adjusted to conform to the requirements of that state.

**Clerical Error**

A clerical error made by the Company will not invalidate insurance otherwise validly in force nor continue insurance not validly in force.

**Conformity with State and Federal Law**

If a Plan provision does not conform to applicable provisions of State or Federal law, the Plan is hereby amended to comply with such law.

**Entire Contract; Representation; Change**

This Description of Coverage, the Policy and any applications, endorsements or riders make up the entire contract. Any statement You make is a representation and not a warranty. This Description of Coverage may be changed at any time by written agreement between the Master Policyholder and the Company. Only the President, Vice-President or Secretary of AMEX Assurance Company may change or waive the provisions of the Description of Coverage. No agent or other person may change the Description of Coverage or waive any of its terms. This Description of Coverage may be changed at any time by providing notice to You. A copy of the Policy will be maintained and kept by the Master Policyholder and may be examined at any time.

**Excess Coverage**

If any loss under this Policy is insured under any other valid and collectible policy, then this Policy shall cover such loss, subject to its exclusions, conditions, provisions and other terms herein, only to the extent that the amount of such loss is in excess of the amount of such other insurance which is payable or paid.

**Fraud**

If any request for benefits made under the Plan is determined to be fraudulent, or if any fraudulent means or devices are used by You or by anyone acting on Your behalf to obtain benefits, all benefits will be forfeited.

We do not provide coverage to a Cardmember who, whether before or after a loss, has: 1. concealed or misrepresented any fact upon which we rely, if the concealment or misrepresentation is material and is made with the intent to deceive; or 2. concealed or misrepresented any fact if the fact misrepresented contributes to the loss.

**Legal Actions**

No legal action may be brought to recover against this Plan until sixty (60) days after Proof of Loss has been received by Us. No such action may be brought after three (3) years (for residents of Arkansas five (5) years and residents of Missouri ten (10) years) from the time written Proof of Loss is required to be given.

If a time limit of this Plan is less than allowed by the laws of the state where You live, the limit is extended to meet the minimum time allowed by such law.

**Right of Recovery**

If We make a payment to You under this Plan and You recover an amount from another, equal to or less than Our payment, You shall hold in trust for Us the proceeds of the recovery and reimburse Us to the extent of Our payment. If Our payments exceed the maximum amount payable under the benefits of this Plan, We have the right to recover from You any amount exceeding the maximum amount payable.

**Subrogation**

In the event of any payment under this Policy, We shall be subrogated to the extent of such payment to all Your rights of recovery. You shall execute all papers required and shall do everything necessary to secure and preserve such rights, including the execution of such documents necessary to enable Us to effectively bring suit or otherwise pursue subrogation rights in Your name. You shall do nothing to prejudice such subrogation rights.

We shall be entitled to a recovery as stated in these provisions only after You have been fully compensated for damages by another party.

For residents of Louisiana, the Right of Recovery, Subrogation and Excess Coverage sections are revised to reflect: If the Company makes any payment under this Policy and the Cardmember has the right to recover damages from another, the Company shall be subrogated to that right. However, the Company's right to recover is subordinate to the Cardmember's right to be fully compensated.

**Termination or Cancellation**

Coverage will cease on the earliest of the following: 1. the date You no longer maintain a Permanent Residence in the 50 United States of America, the District of Columbia, Puerto Rico or the U.S. Virgin Islands; 2. the date We determine that You or someone on Your behalf intentionally misrepresented or fraud occurred; 3. the date the Policy is cancelled; 4. the date You are no longer a Cardmember; 5. the date Your Account ceases to remain Current and in Good Standing; or 6. the date the Plan is not available in the location where You maintain a Permanent Residence.

Termination or Cancellation of coverage will not prejudice any claim originating prior to termination or cancellation subject to all other terms of the Policy.

The Company has the right to cancel the Policy at any time by sending a written notice at least forty-five (45) days in advance to You at Your last known address. The notice will include the reason for cancellation.

**Important Additional Information For You**

For those eligible and enrolled in the Membership Rewards® program, benefits are also paid when the purchased property is received through the redemption of a Membership Rewards redemption certificate. Payment or credit will not exceed the original assigned value of the property received through redemption of a Membership Rewards redemption certificate up to the stated limits, excluding shipping and handling expenses. Benefits will not be paid when a Membership Rewards redemption certificate has been transferred to a non-eligible Cardmember or non-Cardmembers.

This Description of Coverage replaces any other Description of Coverage that You may have previously received for Purchase Protection.

**This Description of Coverage is an important document. Please read it and keep it in a safe place.**

IN WITNESS WHEREOF, We have caused this Description of Coverage to be signed by Our officers:

Kenneth J. Ciak, President
AMEX Assurance Company

Thomas R. Moore, Secretary
AMEX Assurance Company

PP-DOC-CCSG1 02/07

**Applicable for Residents of the State of Kentucky**

In the **Termination or Cancellation** section the following is removed:

The Company has the right to cancel the Policy at any time by sending a written notice at least forty-five (45) days in advance to You at Your last known address. The notice will include the reason for cancellation.

And replaced with the following:

The Company has the right to cancel the Policy at any time by sending a written notice at least seventy-five (75) days in advance to You at Your last known address. The notice will include the reason for cancellation.

PP/EW-RDR1-KY 05/07

**Applicable for Residents of the State of Oregon**

In the **Exclusions** section the following are removed: 4. violation of a criminal law, offense or infraction; 6. fraud or abuse or illegal activity of any kind by the Cardmember;

The **Proof of Loss** section is hereby removed in its entirety and replaced with the following:

**Proof of Loss**

Proof of Loss requires You to send Us all the information We request, at Your expense, in order that Your claim may be evaluated and that We may make a determination as to whether the claim may be paid. You must provide Us with satisfactory Proof of Loss within ninety (90)

days after We have provided You with instructions and/or a claim form in response to Your Notice of Claim or Your claim may be denied. Your Proof of Loss documentation may be mailed to Us at the same address provided above for mailing Your Notice of Claim. We reserve the right to request all the information We deem necessary to determine that Your claim is payable, and We will not consider that We have received complete Proof of Loss until the information We have requested is received.

Proof of Loss may require documentation consisting of, but not necessarily limited to, the following: 1. Purchase Protection Claim Form; 2. the original itemized store receipt; 3. the insurance declaration forms for Your other sources of insurance or indemnity (e.g., homeowner's or renter's insurance); 4. a photograph of and/or repair estimate for the damaged property; and 5. or theft and vandalism claims, a report regarding the stolen or vandalized property must be filed with the appropriate authority before You call to file a claim under Purchase Protection.

No payment will be made on claims not substantiated in the manner required by Us.

If all required documentation is not received within ninety (90) days of the date of the Covered Incident (except for documentation which has not been furnished for reasons beyond Your control), coverage may be denied. It is Your responsibility to provide all required documentation We request.

You may be required to send in the damaged property at Your expense for further evaluation of Your claim. If requested, You must send in the damaged property within ninety (90) days from the date of Our request to remain eligible for coverage.

PP-RDR1-OR 05/07

**Applicable for Residents of the State of South Dakota**

The **Legal Actions** section is hereby removed in its entirety and replaced with the following:

**Legal Actions**

No legal action may be brought to recover against this Plan until sixty (60) days after Proof of Loss has been received by Us. No such action may be brought after six (6) years from the time Proof of Loss is required to be given.

PP/EW-RDR1-SD 05/07

**Applicable for Residents of the State of Vermont**

In the **Termination or Cancellation** section the following is removed:

The Company has the right to cancel the Policy at any time by sending a written notice at least forty-five (45) days in advance to You at Your last known address. The notice will include the reason for cancellation.

And replaced with the following:

The Company has the right to cancel the Policy by sending a written notice at least forty-five (45) days in advance to You at Your last known address. The notice will include the reason for cancellation.

PP/EW-RDR1-VT 05/07

AMERICAN EXPRESS

# The Optima® Platinum Card

To manage your account online, visit americanexpress.com

Prepared For
JOHN R RAINES

Account Number
XXXX-XXXXX9-41009

Closing Date
10/10/07



| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 7,465.34 | -204.48 | +255.11 | =7,515.97 | 404.68 |

**Payment Due Date 10/30/07**

**Minimum Amount Due includes:**
Past due amount $210.57
This month's amount due $194.11
Please refer to page 2 for important information regarding your account

| **Credit Line Summary** on 10/10/07 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 7,200.00 | 0.00 | 200.00 | 0.00 |

Your account is overlimit and past due. Please pay at least **$404.68**, plus any additional charges you have incurred since the date of this billing statement, to avoid any overlimit fees on your next statement. Please see your Cardmember Agreement for additional terms and conditions that may apply.

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com**. For additional contact information, please see the reverse side of this page.



**Protect Your Card Account from Financial Emergencies**
Who knew peace of mind could be so easy? Account Protector from American Express helps during many of life's ups and downs by canceling the minimum monthly payment, up to $500 each month of the eligible event term, if you experience a covered event. Account Protector covers 14 different events, including disability, hospitalization and involuntary unemployment. We will even cancel up to $10,000 of your Card account balance upon death. In addition, you never have to repay the benefits--we cancel your debt not just defer it. To Learn More and to take advantage of our 30-day money back guarantee, please visit us at **ap.americanexpress.com/enrollnow** or call **1-866-209-4364** . Terms, conditions and restrictions apply.

## Activity

* Indicates posting date

| | | Amount $ |
|---|---|---|
| 09/24/07* | PHONE PAYMENT RECEIVED-THANK YOU | -204.48 |

**New Activity for JOHN R RAINES**
Card XXXX-XXXXX9-41009

| | | Amount $ |
|---|---|---|
| 09/27/07* | FEE FOR RETURNED PAYMENT OF $204.48 ON 09/24/07 | 38.00 |
| 10/04/07 | Late Payment Fee | 38.00 |

Please fold on the perforation below, detach and return with your payment

*Continued on Page 3*

**Payment Coupon**

Account Number
3715-241549-41009

**Payment Due Date: 10/30/07**

Please enter your account number on all checks and correspondence.

**New Balance $ 7,515.97**

Make check payable to American Express.

**Minimum Amount Due $404.68**

See Finance Charge section on reverse side for a description of when additional Finance Charges are not assessed on Purchases.

JOHN R RAINES
2301 W SAINT MARY BLVD
LAFAYETTE LA 70506-2511

$ ________ . ____
Amount enclosed

Check here if your address or phone number has changed. Please note changes on reverse side.

☐

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

000037152415494100 9 0007515970000404 68 09 4

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among balances and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate (DPR) to the ADB (as described below) for each Feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the ADB for each Feature, we (1) take the beginning balance for the Feature each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* The minimum **FC** for any billing period in which FC are imposed is **$0.50**. If you paid the New Balance on your prior statement in full by its payment due date, and you pay the New Balance on this statement by its payment due date, then you will avoid additional **FC** on purchases included in the New Balance on this statement. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. Billing Rights Summary: **In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

To Pay By Phone
1-800-472-9297

Customer Service and Lost or Stolen Cards
1-800-964-8542
**24 hours/7 days**

International Collect
1-336-393-1111

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille Statements
1-800-964-8542

**americanexpress.com**

Customer Service
P.O. Box 981535
El Paso, TX
79998-1535

Express Cash
P.O. Box 981531
El Paso, TX
79998-1531

**Payments**
P.O. BOX 650448
DALLAS TX
75265-0448

**Change of Address**
If correct on front do not use

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

## New Activity continued

| | | Amount $ |
|---|---|---|
| 10/10/07 | Periodic **FINANCE CHARGE** | 179.11 |
| **Total of New Activity** | | **255.11** |

## Finance Charges

Billing days this period: 29

| | Average Daily Balance $ | Daily Periodic Rate | Actual **ANNUAL PERCENTAGE RATE** | Nominal **ANNUAL PERCENTAGE RATE** | Periodic **FINANCE CHARGE $** |
|---|---|---|---|---|---|
| Purchases | 7,459.50 | 0.0828% | 30.22% | 30.24% | 179.11 |
| Cash Advances | 0.00 | 0.0828% | 0.00% | 30.24% | 0.00 |
| | | | | | **179.11** |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

CustomExtras

## Now Accepting American Express® Cards!

CARDS WELCOME

**Indymac Bank®** - Finance your home with Indymac and earn rewards on mortgage payments with an eligible American Express Card. Terms and conditions apply. Call **1-888-917-3863** .

**Outer Beaches Realty** - One of the most extensive selections of vacation rentals on Hatteras Island. Reserve today. **www.outerbeaches.com** or **1-800-627-1850** .

**Krispy Kreme** - Be sure to stop by your local participating Krispy Kreme store today and check out our pumpkin doughnuts. Thinking Halloween. Think Krispy Kreme. **www.krispykreme.com**

If there are other places where you would like to see the Card accepted, please call the Customer Service number that is located at the top of your statement or the number that is on the back of your Card.

(CE 109449)

## FREE Mens or Boys Haircut

SportClips HAIRCUTS

Sport Clips - We're on top of our game with TVs playing sports and no appointment needed. Try our MVP Treatment: precision haircut, a relaxing shampoo, classic steamed towel, and neck and upper back massage. Visit **www.SportClips.com/freeoffer.aspx** to find one near you, and print your coupon for a FREE men's or boy's haircut.

Expires 11/30/07. Valid only at participating locations. Tip not included.

Go to **www.SportClips.com/ freeoffer.aspx** print out coupon, and bring to a participating location.

(CE 109409)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

# The Optima® Platinum Card

**To manage your account online, visit americanexpress.com**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN R RAINES | XXXX-XXXXX9-41009 | 11/11/07 | Page 1 of 3 |

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 7,515.97 | -210.57 | +235.27 | =7,540.67 | 406.38 |

**Payment Due Date 12/01/07**

**Minimum Amount Due includes:**
Past due amount $194.11
This month's amount due $212.27
Please refer to page 2 for important information regarding your account

| Credit Line Summary on 11/11/07 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 7,200.00 | 0.00 | 200.00 | 0.00 |

Your account is overlimit and past due. Please pay at least **$406.38**, plus any additional charges you have incurred since the date of this billing statement, to avoid any overlimit fees on your next statement. Please see your Cardmember Agreement for additional terms and conditions that may apply.

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com.** For additional contact information, please see the reverse side of this page.

## Activity

* Indicates posting date

| | | Amount $ |
|---|---|---|
| 11/03/07* | PHONE PAYMENT RECEIVED-THANK YOU | -210.57 |

**New Activity for JOHN R RAINES**
Card XXXX-XXXXX9-41009

| | | Amount $ |
|---|---|---|
| 11/02/07 | Late Payment Fee | 38.00 |
| 11/11/07 | Periodic **FINANCE CHARGE** | 197.27 |
| **Total of New Activity** | | **235.27** |

| Finance Charges<br>Billing days this period: 32 | Average Daily Balance $ | Daily Periodic Rate | Actual ANNUAL PERCENTAGE RATE | Nominal ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 7,564.19 | 0.0815% | 29.74% | 29.74% | 197.27 |
| Cash Advances | 0.00 | 0.0815% | 0.00% | 29.74% | 0.00 |
| | | | | | **197.27** |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

Please fold on the perforation below, detach and return with your payment

## Payment Coupon

Account Number
3715-241549-41009

**Payment Due Date: 12/01/07**

Please enter your account number on all checks and correspondence.

**New Balance $ 7,540.67**

Make check payable to American Express.

**Minimum Amount Due $406.38**

See Finance Charge section on reverse side for a description of when additional Finance Charges are not assessed on Purchases.

JOHN R RAINES
2301 W SAINT MARY BLVD
LAFAYETTE LA 70506-2511

$ ________ . ____
Amount enclosed

Check here if your address or phone number has changed. Please note changes on reverse side.

☐

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

000037152415494100 9 0007540670000406 38 09 4

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among balances and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate (DPR) to the ADB (as described below) for each Feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the ADB for each Feature, we (1) take the beginning balance for the Feature each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* The minimum **FC** for any billing period in which FC are imposed is **$0.50**. If you paid the New Balance on your prior statement in full by its payment due date, and you pay the New Balance on this statement by its payment due date, then you will avoid additional **FC** on purchases included in the New Balance on this statement. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. Billing Rights Summary: **In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

To Pay By Phone
1-800-472-9297

Customer Service and Lost or Stolen Cards
1-800-964-8542
**24 hours/7 days**

International Collect
1-336-393-1111

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille Statements
1-800-964-8542

**americanexpress.com**

Customer Service
P.O. Box 981535
El Paso, TX
79998-1535

Express Cash
P.O. Box 981531
El Paso, TX
79998-1531

**Payments**
P.O. BOX 650448
DALLAS TX
75265-0448

**Change of Address**
If correct on front do not use

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

CustomExtras℠

## Protect Your Card Account from Financial Emergencies



Who knew peace of mind could be so easy? Account Protector from American Express helps during many of life's ups and downs by canceling the minimum monthly payment, up to $500 each month of the eligible event term, if you experience a covered event. Account Protector covers 14 different events, including disability, hospitalization and involuntary unemployment. We will even cancel up to $10,000 of your card account balance upon death. In addition, you never have to repay the benefits--we cancel your debt not just defer it.

Terms, conditions and restrictions apply.

To Learn More and to take advantage of our 30-day money-back guarantee, please visit us at **ap.americanexpress.com/enrollnow** or call **1-866-209-4364**

(CE 109561)

## Now Accepting American Express® Cards!




**Food Lion** - Now welcomes American Express Cards. This is another convenience brought to you by your friends at Food Lion. Good neighbors. Great prices. **www.foodlion.com**

**4checks.com** - Use your American Express Card for great prices on over 800 check designs. Visit **www.4checks.com** or call **1-800-518-5622** between 8:30am - 7:00pm daily.

**Loggerhead Club & Marina™** - Offers wet and dry slips for lease at 10 locations from Daytona Beach south to Miami. Visit **www.loggerheadclubandmarina.com** or call **1-888-LOGGER2**.

If there are other places where you would like to see the Card accepted, please call the Customer Service number that is located at the top of your statement or the number that is on the back of your Card.

(CE 109598)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

AMERICAN EXPRESS

# The Optima® Platinum Card

**To manage your account online, visit americanexpress.com**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOHN R RAINES | XXXX-XXXXX9-41009 | 12/11/07 | Page 1 of 3 |

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 7,540.67 | 0.00 | +258.21 | =7,798.88 | 641.38 |

**Payment Due Date 12/31/07**

**Minimum Amount Due includes:**
Past due amount $406.38
This month's amount due $235.00
Please refer to page 2 for important information regarding your account

| **Credit Line Summary** on 12/11/07 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 7,200.00 | 0.00 | 0.00 | 0.00 |

Your account is overlimit and past due. Please pay at least **$641.38**, plus any additional charges you have incurred since the date of this billing statement, to avoid any overlimit fees on your next statement. Please see your Cardmember Agreement for additional terms and conditions that may apply.

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com**. For additional contact information, please see the reverse side of this page.

## Activity

* Indicates posting date

| | Amount $ |
|---|---|
| **Total of Payment Activity** | **0.00** |

**New Activity for JOHN R RAINES**
Card XXXX-XXXXX9-41009

| | | Amount $ |
|---|---|---|
| 12/04/07 | Late Payment Fee | 38.00 |
| 12/11/07 | Periodic **FINANCE CHARGE** | 185.21 |
| 12/11/07 | Overlimit Fee | 35.00 |
| **Total of New Activity** | | **258.21** |

*Continued on Page 3*

Please fold on the perforation below, detach and return with your payment

**Payment Coupon**

Account Number
3715-241549-41009

**Payment Due Date: 12/31/07**

Please enter your account number on all checks and correspondence.

**New Balance $ 7,798.88**

Make check payable to American Express.

**Minimum Amount Due $641.38**

See Finance Charge section on reverse side for a description of when additional Finance Charges are not assessed on Purchases.

$ ______ . ____
Amount enclosed

Check here if your address or phone number has changed. Please note changes on reverse side. ☐

JOHN R RAINES
2301 W SAINT MARY BLVD
LAFAYETTE LA 70506-2511

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

000037152415494100 9 0007798880000641 38 09 H

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among balances and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate (DPR) to the ADB (as described below) for each Feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the ADB for each Feature, we (1) take the beginning balance for the Feature each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* The minimum **FC** for any billing period in which FC are imposed is **$0.50**. If you paid the New Balance on your prior statement in full by its payment due date, and you pay the New Balance on this statement by its payment due date, then you will avoid additional **FC** on purchases included in the New Balance on this statement. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. Billing Rights Summary: **In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

To Pay By Phone
1-800-472-9297

Customer Service and Lost or Stolen Cards
1-800-964-8542
**24 hours/7 days**

International Collect
1-336-393-1111

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille Statements
1-800-964-8542

**americanexpress.com**

Customer Service
P.O. Box 981535
El Paso, TX
79998-1535

Express Cash
P.O. Box 981531
El Paso, TX
79998-1531

**Payments**
P.O. BOX 650448
DALLAS TX
75265-0448

**Change of Address**
If correct on front do not use

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

## Finance Charges

Billing days this period: 30

| | Average Daily Balance $ | Daily Periodic Rate | Actual **ANNUAL PERCENTAGE RATE** | Nominal **ANNUAL PERCENTAGE RATE** | Periodic **FINANCE CHARGE $** |
|---|---|---|---|---|---|
| Purchases | 7,641.01 | 0.0808% | 29.49% | 29.49% | 185.21 |
| Cash Advances | 0.00 | 0.0808% | 0.00% | 29.49% | 0.00 |
| | | | | | **185.21** |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.