15TH JUDICIAL DISTRICT COURT

PARISH OF LAFAYETTE

STATE OF LOUISIANA

* * * * * * * * * * * * * * * * * * * * * * * *

MADLEN REBEKKE HEIDER RAINES

VERSUS DOCKET NO.: 2009-0403

JOHN ROBERT RAINES

* * * * * * * * * * * * * * * * * * * * * * * *

# DEPOSITION OF JOHN ROBERT RAINES

The oral deposition of JOHN ROBERT RAINES was taken in the above-captioned cause, pursuant to the following stipulation, before Cynda Wentworth, Certified Court Reporter, in and for the State of Louisiana, at the office of Judith Kennedy, 321 West Main Street, Lafayette, Louisiana, on February 9, 2009, commencing at 10:04 A.M.

ORIGINAL





Raines #4 09-60388 1-13-10

# C E R T I F I C A T E

STATE OF LOUISIANA

PARISH OF LAFAYETTE

I, Cynda Wentworth, Certified Court Reporter, in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that JOHN ROBERT RAINES, after having been duly sworn by me upon authority of R.S. 37:2554, did testify on the 9th day of February, 2009, in Lafayette, Louisiana, as hereinbefore set forth in the foregoing 98 pages; that this testimony was reported by me in the Stenomask reporting method, was prepared and transcribed by me or under my personal supervision, and is true and correct to the best of my ability and understanding; that I am not related to counsel, I am in no manner associated with counsel for or any of the interested parties to this litigation, and I am in no way concerned with the outcome thereof.

CYNDA S. WENTWORTH
Certified Court Reporter
Louisiana Certification No. 94082

OFFICIAL SEAL
CYNDA STIRLING WENTWORTH
Certified Court Reporter
in and for the State of Louisiana
Certificate Number 94082
Certificate expires 12-31-09

Q Can you identify any particular item, asset, piece of property that you acquired for this estimated sum of $100,000?
A No, ma'am.
Q Do you have any other promissory notes or IOUs that you have brought today?
A This is the -- that is it.
Q And in the course of the 1993 to 2009 period of time in which you were married to Rebekke, did you execute any promissory notes that we have not discussed today?
A Yes, ma'am.
Q Could you please identify to whom these notes were written?
A I exercised a promissory note to Charles Goss and that is the subject of a lawsuit and it is still outstanding.
Q And is that a document that would evidence a debt?
A Yes, ma'am.
Q Do you have a copy of the promissory note?
A I have a copy of the copy.

Q Are you the only signator on that note?
A Yes, ma'am.
Q And how much was that note for?
A $60,000.
Q And do you have a record of any payments that you made toward that note?
A No, ma'am.
Q When did you borrow the $60,000 from Mr. Goss?
A January 19th, 2007.
Q Do you recall the purpose for which you borrowed this money?
A Yes, I had -- I owed money, and thought if I borrowed money from Mr. Goss, I would pay off the outstanding debts that I had and have some reserve built up that would help the family get started and back on track.
Q Who is Mr. Goss?
A Mr. Goss is a man that I know, a very kindly gentleman that came into the office one day and I did some work with him over a period of a couple of years when I was with the City.
Q So, he went into your City office?

A Yes, ma'am.
Q And you borrowed money from him?
A This was not when I was employed with the City.
Q I understand. You still borrowed money from him?
A This was years later. I had met him years before.
Q Could you please identify the debts that you wished to pay off by borrowing, did you say $60,000, from Mr. Goss?
A Yes, ma'am.
Q What debts did you want to pay off?
A I wanted to get rid of the car note. I wanted to pay off an outstanding American Express that we had. I wanted to pay off a whole bunch of things, and I paid off some, but not all.
Q Do you have any records that would reflect your payment of an American Express balance?
A No, ma'am.
Q Do you have any record that would reflect payment of a car note?
A No, ma'am.

Q What car did you have a note on?
A It's a Dodge Caravan 2003, maybe.
Q Was this vehicle financed through the dealership?
A Yes, ma'am, I don't have one. I'm sure I could get a copy from the Capital Bank, but no, I don't have one with me.
Q Did you do your financing through Capital Bank?
A Yes, ma'am.
Q I would like to see a copy of that note along with proof of the cancellation of the note. You did say that you paid off the note, did I understand that correctly?
A Yes, ma'am, and the cancellation I have at the house.
Q We would like to see it. Have you -- since the time you've paid off this note on your vehicle, have you placed another lien on the vehicle and used it as security to borrow any money?
A No, ma'am.
Q What do you estimate the note on your van was, the balance due?



CYNDA STIRLING WENTWORTH
CERTIFIED COURT REPORTER 337.984.8102 101 TEZCUCO COURT
LAFAYETTE, LA 70503

A The balance due at that time?
Q Uh-huh (yes).
A Probably $3,000.
Q Okay. And you indicated that you also paid off an American Express card. Did you pay off the balance in full?
A I think so, yes, ma'am.
Q And what was that balance?
A It was around $4,000.
Q Around $4,000, which would leave $53,000 remaining on the money that you borrowed from Mr. Goss.
A Yes, and I kept some cash in the house, my wife and I. I paid off -- I had debts everywhere at that time -- I paid off things left and right. I don't remember everything that was done.
Q Did you pay off these debts in cash?
A Yes, ma'am.
Q Did Mr. Goss give you a check or did he give you cash?
A He gave me a check, actually, he gave me two checks.
Q Into which account did you deposit these two checks?

A Into an Iberia Bank savings account.
Q Do you happen to have the account number on you?
A No, ma'am, that account has been closed.
Q Do you have any of the bank statements?
A No, ma'am.
Q Can you obtain those bank statements?
A I'm sure I can.
Q Other than the American Express and the vehicle, do you recall any other particular specific creditor that you paid off with this remaining $53,000?
A No, ma'am.
Q Did you discuss borrowing $60,000 from Mr. Goss with anyone?
A No, ma'am.
Q And did you discuss saving money in your -- putting money away in your house with anyone?
A I gave my wife, Madlen Rebekke Raines, some cash and told her that it had come from my stepfather.
Q How much cash was that?
A I wouldn't swear by it, but I want to say $5,000.

Q Do you recall the time period in which you obtained this money and gave $5,000 to Rebekke Raines?
A It was shortly after the January 2007.
Q Mr. Raines has handed me, please let the record reflect, a Notice of Signing of Judgment with a Lafayette Parish recording page, a Consent Judgment in the matter under Docket No. 2007-1890 with attached correspondence and a Petition on a Promissory Note, again, with an exhibit attached to this petition. Mr. Raines, is this your only copy?
A I think so, but you are certainly more than welcome to make a copy of it.
Q What I'd like for you to do, Mr. Raines, in an attempt to authenticate this document, would be if you could please initial and number each page including the exhibit pages and we'd attach this as "Exhibit 7." Thank you. Mr. Raines, were you represented by an attorney in this legal matter that we just discussed with Mr. Goss?
A Eventually, yes.

the account, and this appears to be an account that is dated through January 23, 2009; could you please provide us with those statements?

A Yes, ma'am.

Q Thank you very much. I would like to introduce this as "Exhibit No. 8," and would you please initial this, thank you? Thanks very much. Did any of the money that you borrowed from Mr. Goss go to pay your children's tuition or educational expenses?

A Yes.

Q Can you tell me how much of that money went to pay those expenses?

A I don't recall. When I had the cash, there were -- it would have been put into the checking account and used to pay the kids' -- the children's tuition. A specific, direct, line item transfer, no.

Q And you said that it would be put into the account; is that a checking account that you described?

A Yes, ma'am.

Q What is the name on that checking

account?

A This is -- well, at that time --

Q Could you be specific and tell me what you mean by "at that time"?

A In January of 2007, I don't recall if my wife and I had two separate accounts or just one.

Q In which account would you have placed the money if there were two accounts?

A In mine.

Q Would you have --

A If we had two.

Q Would you have paid the tuition by a check from that account?

A Yes, ma'am.

Q Did you ever pay the tuition with cash?

A I think so. I would not swear to that, I might have, I don't recall.

Q Do you have any other documents that name other creditors?

A No. The only other thing that I had that I thought you requested was a copy of the checking account statement -- no? Too early?

Q I will get to that in just a second,

A That's a local contractor that I know.
Q How much money did you borrow from Mr. Fuselier?
A I borrowed $10,000.
Q Do you recall an approximate period of time during which you borrowed this money?
A No.
Q Was it after you left the employment of the City of Lafayette?
A Yes, ma'am.
Q Did this money come to you in a lump sum?
A Yes, ma'am.
Q Was it cash or a check?
A Check, I believe.
Q Did you pay Mr. Fuselier back?
A Yes, ma'am.
Q Do you recall when you paid him back?
A It was about 90 days later.
Q 90 days later from which date?
A I don't recall.
Q Did you pay him back with cash or check?
A I don't recall. I'll be glad to contact him and ask him for the specific dates if that is of interest.

from these three gentlemen and Mr. Goss. Where did the money come from to repay Mr. Fuselier, the $10,000 you borrowed from him?

A Probably the money that I got from Mr. Goss.

Q Did you repay Mr. Fuselier in cash or by check?

A I think it was with cash. I don't recall.

Q Where did you say you put the money from Mr. Goss?

A I gave some cash to my wife and I put some cash into the savings account that I had and I put some cash into the checking account that I had.

Q And that would be a savings account that you're going to provide me statements for?

A Yes, ma'am.

Q To show me -- very good. Who else did you borrow money from?

A I can't think of anyone right now, ma'am.

Q Did you borrow money from Steve Dupuis?

A Oh, yes, I did.

Q And who is Steve Dupuis?
A Mr. Dupuis is an attorney friend of mine, and I had borrowed $3,000 from him.
Q Do you recall when you borrowed $3,000?
A No, ma'am.
Q And do you recall why you borrowed $3,000?
A I don't recall why at the point and time.
Q Would you have borrowed the money after you left employment with Lafayette?
A Oh, yes.
Q Did you pay him back?
A Yes, ma'am.
Q And what was the source of funds that you used to pay Steve Dupuis back?
A It was money that I was juggling between my check with Neel-Schaffer and also the retirement check that I had received.
Q So, would you have paid him back before you borrowed the $60,000 from Mr. Goss?
A I don't know.
Q Would you have used any of Mr. Goss' money to pay him back?
A I could well have, yes, ma'am, I don't recall.