AMERICAN EXPRESS CREDIT CARD PAYMENTS

CHASE

JPMorgan Chase Bank, N.A.
Louisiana Market
P O Box 260180
Baton Rouge, LA 70826 - 0180

March 14, 2008 through April 11, 2008
Primary Account: **000000720639756**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **www.Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001377 DDA 552 XA 10308 - NNN 1 000000000 09 0000
REBEKKE RAINES
2301 W ST MARY BLVD
LAFAYETTE LA 70506-2511

00013770401000000024

WE ARE MAKING IMPROVEMENTS TO YOUR ACCOUNTS THAT WILL GO INTO EFFECT ON APRIL 14, 2008. ALL OTHER TERMS AND CONDITIONS OF YOUR ACCOUNT RULES AND REGULATIONS WILL REMAIN THE SAME. PLEASE SEE THE IMPORTANT MESSAGE(S) ON THE LAST PAGE OF THIS STATEMENT.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| Chase Free Checking 000000720639756 | $549.78 | $4,938.10 |
| **Total** | **$549.78** | **$4,938.10** |
| **Savings** | | |
| Chase Savings 000002335288912 | 543.38 | 564.40 |
| **Total** | **$543.38** | **$564.40** |
| **TOTAL ASSETS** | **$1,093.16** | **$5,502.50** |

**All Summary Balances** shown are as of April 11, 2008 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.



Raines #5
09-50388
1-13-10

# BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:** **Step 1 Balance: $______**
2. **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Step 2 Total: $______**

3. **Add Step 2 Total to Step 1 Balance.** **Step 3 Total: $______**
4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Step 4 Total: -$______**

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $______**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

EQUAL HOUSING LENDER **JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

March 14, 2008 through April 11, 2008
Primary Account: **000000720639756**

# CHASE FREE CHECKING

REBEKKE RAINES

Account Number: 000000720639756

10013770402000000064

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$549.78** |
| Deposits and Additions | 54,688.92 |
| Checks Paid | - 38,177.08 |
| ATM & Debit Card Withdrawals | - 1,708.93 |
| Electronic Withdrawals | - 10,414.59 |
| **Ending Balance** | **$4,938.10** |

Your Chase Free Checking monthly service fee was waived because you had a direct deposit during the statement period.

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/14 | Cityparishpayrol Payroll | PPD ID: 2721335255 | $1,122.42 |
| 03/28 | Deposit | | 50,000.00 |
| 03/28 | Cityparishpayrol Payroll | PPD ID: 2721335255 | 1,185.04 |
| 04/07 | Deposit | | 1,259.04 |
| 04/11 | Cityparishpayrol Payroll | PPD ID: 2721335255 | 1,122.42 |
| **Total Deposits and Additions** | | | **$54,688.92** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 527 | 03/17 | $14.00 | 537 | 03/21 | 30.00 |
| 528 | 03/17 | 14.00 | 538 | 03/17 | 60.00 |
| 533 * | 04/08 | 25.00 | 539 | 03/17 | 77.77 |
| 534 | 03/17 | 35.00 | 540 | 03/24 | 50.00 |
| 535 | 04/11 | 4.50 | 541 | 03/20 | 46.36 |
| 536 | 03/21 | 30.00 | 542 | 03/20 | 11.44 |

CHASE



## CHECKS PAID *(continued)*

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 543 | 03/21 | 35.00 | 551 | 04/07 | 84.44 |
| 544 | 03/26 | 60.00 | 553 * DISCOVER | 04/07 | 13,019.08 |
| 545 | 04/02 | 60.00 | 554 VISA | 04/01 | 9,908.06 |
| 546 CAR | 03/31 | 393.25 | 555 WHITNEY | 04/02 | 1,000.00 |
| 547 SOHN | 03/31 | 1,000.00 | 558 * | 04/09 | 60.00 |
| 550 * BENEFICIARY | 04/02 | 12,159.18 | | | |
| | | | **Total Checks Paid** | | **$38,177.08** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | Card Purchase With Pin 03/15 Albertsons 170 Lafayette LA Card 5043 | $102.98 |
| 03/17 | ATM Withdrawal 03/15 1927 W University Lafayette LA Card 5043 | 100.00 |
| 03/17 | Card Purchase With Pin 03/16 Sou The Home Depot 5 N Lafayette LA Card 5043 | 21.56 |
| 03/21 | ATM Withdrawal 03/20 1927 W University Lafayette LA Card 5043 | 60.00 |
| 03/24 | Card Purchase 03/22 Sabine Pools & Spas Lafayette LA Card 5043 | 116.07 |
| 03/24 | Card Purchase With Pin 03/22 Albertsons 170 Lafayette LA Card 5043 | 84.84 |
| 03/24 | Card Purchase 03/22 Target 00014738 Lafayette LA Card 5043 | 55.08 |
| 03/26 | ATM Withdrawal 03/25 1927 W University Lafayette LA Card 5043 | 60.00 |
| 03/27 | Card Purchase With Pin 03/26 Albertsons 170 Lafayette LA Card 5043 | 22.49 |
| 03/28 | ATM Withdrawal 03/28 600 Jefferson St Lafayette LA Card 5043 | 200.00 |
| 03/31 | Card Purchase With Pin 03/29 Albertsons 170 Lafayette LA Card 5043 | 132.00 |
| 03/31 | ATM Withdrawal 03/30 2910 Johnson St Lafayette LA Card 5043 | 100.00 |
| 03/31 | Card Purchase 03/29 Target 00023770 Lafayette LA Card 5043 | 83.36 |
| 03/31 | Card Purchase 03/29 Sabine Pools & Spas Lafayette LA Card 5043 | 56.55 |
| 03/31 | Card Purchase With Pin 03/30 Albertsons 170 Lafayette LA Card 5043 | 28.34 |
| 03/31 | Card Purchase 03/28 Gallagher's Lafayette LA Card 5043 | 24.57 |
| 04/01 | Card Purchase 03/29 Petes On Johnston Lafayette LA Card 5043 | 50.16 |
| 04/04 | ATM Withdrawal 04/04 1927 W University Lafayette LA Card 5043 | 100.00 |
| 04/07 | Card Purchase With Pin 04/05 Albertsons 170 Lafayette LA Card 5043 | 101.97 |
| 04/07 | Card Purchase 04/04 Super 1 Foods Fuel Lafayette LA Card 5043 | 40.22 |
| 04/07 | Card Purchase 04/05 Cvspharmacy #5284 Q03 Lafayette LA Card 5043 | 18.43 |
| 04/07 | Card Purchase 04/06 All Seasons Nursery Jo Lafayette LA Card 5043 | 16.12 |
| 04/08 | Card Purchase 04/06 Cvspharmacy #5284 Q03 Lafayette LA Card 5043 | 19.20 |
| 04/10 | Card Purchase 04/09 Rn *Rhapsody Music 866-834-5509 WA Card 5043 | 14.99 |
| 04/11 | ATM Withdrawal 04/11 2510 Moss St Lafayette LA Card 5043 | 100.00 |
| **Total ATM & Debit Card Withdrawals** | | **$1,708.93** |

CHASE

March 14, 2008 through April 11, 2008
Primary Account: **000000720639756**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | Transfer To SAV xxxxx8912 | $25.00 |
| 04/02 | Online Transfer To Sav Xxxxxx8912 Transaction#: 123258905 | 500.00 |
| 04/03 | Check # 0548 Chevron Truncation Arc ID: 1943254995 | 866.62 |
| 04/03 | Check # 0552 Wf Financial Inc Checkpaymt Arc ID: Conssafilv | 50.00 |
| 04/04 | Check # 0549 Exxon Mobil Pymt Check Pymt Arc ID: Citi Oils | 3,372.97 |
| 04/07 | Check # 0556 American Express Arc Pmt Arc ID: 9133133497 | 3,500.00 |
| 04/07 | Chase Epay 519751699 Web ID: 5760039224 | 2,000.00 |
| 04/08 | Check # 0557 Lowes/Gemb Checkpaymt Arc ID: 0818200406 | 100.00 |
| **Total Electronic Withdrawals** | | **$10,414.59** |

10013770403000000064

## REWARDS SUMMARY

Chase Visa Extras - Rewards Program Summary

VISA **Visa Extras**

| DATE | DESCRIPTION | POINTS |
|---|---|---|
| 04/11 | Earn 1 point for $1 in qualifying purchases by using your Check Card.<br>Purchases made with your PIN do not qualify.<br>Unredeemed Points will expire in 36 months.<br>For up to date points balance or to redeem your points, visit<br>www.Chase.com/VisaExtras or call 1-800-799-7623. | |
| | Check Card ending in 5043 - Extras points balance as of 04/11 | 12,399 |

CHASE

March 14, 2008 through April 11, 2008
Primary Account: **000000720639756**

## CHASE SAVINGS

REBEKKE RAINES

Account Number: 000002335288912

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$543.38** |
| Deposits and Additions | 525.02 |
| Other Withdrawals, Fees & Charges | - 504.00 |
| **Ending Balance** | **$564.40** |
| Annual Percentage Yield Earned This Period | 0.09% |
| Interest Paid This Period | $0.02 |
| Interest Paid Year-to-Date | $0.20 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$543.38** |
| 03/17 | Transfer From CHK xxxxx9756 | **25.00** | 568.38 |
| 03/17 | Withdrawal | - 500.00 | 68.38 |
| 04/02 | Online Transfer From Chk Xxxxx9756 Transaction#: 123258905 | **500.00** | 568.38 |
| 04/11 | Interest Payment | **0.02** | 568.40 |
| 04/11 | Service Fee | - 4.00 | 564.40 |
| | **Ending Balance** | | **$564.40** |

Did you know you can waive your monthly service fee by keeping a balance of at least $300 in your Chase Savings account?

CHASE

March 14, 2008 through April 11, 2008

Primary Account: **000000720639756**

WE ARE MAKING IMPROVEMENTS TO YOUR CHASE ACCOUNTS THAT WILL BEGIN ON APRIL 14, 2008. STOP BY YOUR NEAREST CHASE BRANCH OR CALL US AT 1-800-935-9935 IF YOU HAVE ANY QUESTIONS.

CHASE FREE CHECKING- INTRODUCING ANOTHER WAY FOR YOU TO WAIVE YOUR MONTHLY SERVICE FEE.

YOU CAN CONTINUE TO HAVE A MONTHLY DIRECT DEPOSIT TO YOUR CHASE FREE CHECKING AND AVOID A MONTHLY SERVICE FEE. IF YOU DON'T HAVE DIRECT DEPOSIT, MAKE FIVE OR MORE PURCHASES WITH YOUR CHASE DEBIT CARD EACH MONTH AND WE'LL WAIVE THE MONTHLY SERVICE FEE.

FIVE PURCHASES WITH EITHER YOUR CHASE VISA (R) CHECK CARD, CHASE BANKING CARD, OR CHASE ATM CARD MUST POST TO YOUR CHASE FREE CHECKING ACCOUNT DURING EACH STATEMENT PERIOD TO AVOID THE MONTHLY SERVICE FEE. ATM WITHDRAWALS OR CASH ADVANCES DO NOT QUALIFY.

HIGH SCHOOL CHECKING IS A GREAT ACCOUNT TO HELP TEACH TEENAGERS ABOUT MANAGING THEIR MONEY. STARTING APRIL 14, 2008, YOU CAN OPEN A HIGH SCHOOL CHECKING ACCOUNT WITH YOUR CHILDREN WHEN THEY TURN 13.

TAKE ADVANTAGE OF THE SPRING HOME LOAN SALE. SPECIAL MORTGAGE DISCOUNTS EXCLUSIVELY FOR CHASE CUSTOMERS.
SPEAK WITH A BANKER TODAY. ALL LOANS SUBJECT TO CREDIT AND PROPERTY APPROVAL. OTHER RESTRICTIONS AND LIMITATIONS APPLY. NOT ALL PRODUCTS AVAILABLE IN ALL STATES FOR ALL AMOUNTS.

10013770404000000064

This Page Intentionally Left Blank

CREDIT CARD PAYMENTS

CHASE

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

April 12, 2008 through May 13, 2008
Primary Account: **000000720639756**

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001392 DRE 552 XA 13508 - YNY 1 000000000 09 0000
REBEKKE RAINES
2301 W ST MARY BLVD
LAFAYETTE LA 70506-2511

00013920301210000023

**We've reorganized your Chase Statement to make it more**
**Simplified, Organized and Informative.**

**See the enclosed insert to get a quick look at the improvements to your Chase statement.**

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| **Checking & Savings** | **ACCOUNT** | **BEGINNING BALANCE THIS PERIOD** | **ENDING BALANCE THIS PERIOD** |
|---|---|---|---|
| Chase Free Checking | 000000720639756 | $4,938.10 | $1,373.17 |
| Chase Savings | 000002335288912 | 564.40 | 589.45 |
| **Total** | | **$5,502.50** | **$1,962.62** |
| **TOTAL ASSETS** | | **$5,502.50** | **$1,962.62** |

**All Summary Balances** shown are as of May 13, 2008 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

CHASE

April 12, 2008 through May 13, 2008
Primary Account: **000000720639756**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:** **Step 1 Balance: $__________**

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Step 2 Total: $__________**

**3. Add Step 2 Total to Step 1 Balance.** **Step 3 Total: $__________**

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Step 4 Total: -$__________**

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:** **$__________**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

EQUAL HOUSING LENDER **JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

April 12, 2008 through May 13, 2008
Primary Account: **000000720639756**

## CHASE FREE CHECKING

REBEKKE RAINES

Account Number: 000000720639756

10013920302000000063

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$4,938.10** |
| Deposits and Additions | 2,324.89 |
| Checks Paid | - 4,248.38 |
| ATM & Debit Card Withdrawals | - 1,416.44 |
| Other Withdrawals, Fees & Charges | - 225.00 |
| **Ending Balance** | **$1,373.17** |

Your monthly service fee was waived because you had a direct deposit OR at least 5 debit card purchases during the statement period.

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/14 | Card Purchase Return 04/13 Target 00023770 Lafayette LA Card 5043 | $17.43 |
| 04/25 | Cityparishpayrol Payroll PPD ID: 2721335255 | 1,185.04 |
| 05/09 | Cityparishpayrol Payroll PPD ID: 2721335255 | 1,122.42 |
| **Total Deposits and Additions** | | **$2,324.89** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 494 ^ | | 05/02 | $25.00 |
| 495 ^ | | 05/02 | 24.00 |
| 523 * ^ | | 05/02 | 50.00 |
| 559 * ^ | HOME BANK | 04/15 | 713.95 |
| 561 * ^ | | 04/14 | 49.60 |
| 562 ^ | | 04/18 | 60.00 |
| 563 ^ | DR FONTENOT | 04/17 | 501.50 |
| 564 ^ | | 04/16 | 252.37 |
| 565 ^ | | 04/15 | 10.79 |
| 566 ^ | JOHN RAINES | 04/14 | 200.00 |
| 567 ^ | IRS | 04/17 | 500.00 |
| 568 ^ | | 04/21 | 35.00 |
| 569 ^ | | 04/16 | 100.00 |

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 570 | Check # 0570 AT&T Mobility Check Pymt Arc ID: 2003082101 | 04/28 | 125.49 |
| 571 ^ | | 05/01 | 40.00 |
| 572 ^ | | 05/05 | 50.00 |
| 573 ^ | | 05/06 | 46.36 |
| 574 | Check # 0574 Wf Financial Inc Checkpaymt Arc ID: Conssafilv | 05/02 | 50.00 |
| 575 ^ | | 04/29 | 11.87 |
| 577 * ^ | | 05/02 | 7.45 |
| 578 ^ | | 05/06 | 60.00 |
| 579 ^ | | 05/09 | 35.00 |
| 581 * ^ | CHASE | 05/09 | 1,300.00 |
| **Total Checks Paid** | | | **$4,248.38** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/14 | Card Purchase With Pin 04/12 Albertsons 170 Lafayette LA Card 5043 | $117.91 |
| 04/14 | Card Purchase 04/12 Sabine Pools & Spas Lafayette LA Card 5043 | 85.30 |
| 04/14 | Card Purchase 04/12 Target 00014738 Lafayette LA Card 5043 | 65.62 |
| 04/14 | Card Purchase 04/12 Cvspharmacy #5284 Q03 Lafayette LA Card 5043 | 18.66 |
| 04/16 | Card Purchase 04/14 Cvspharmacy #5284 Q03 Lafayette LA Card 5043 | 36.83 |
| 04/17 | Card Purchase 04/15 Cvspharmacy #5284 Q03 Lafayette LA Card 5043 | 24.61 |
| 04/24 | ATM Withdrawal 04/24 1927 W University Lafayette LA Card 5043 | 60.00 |
| 04/28 | Card Purchase With Pin 04/26 Albertsons 170 Lafayette LA Card 5043 | 110.77 |
| 04/28 | ATM Withdrawal 04/25 1927 W University Lafayette LA Card 5043 | 100.00 |
| 04/28 | Card Purchase 04/26 Blue Dog Cafe' Lafayette LA Card 5043 | 32.97 |
| 04/28 | Card Purchase With Pin 04/27 Sou Aeropostale #56832 Lafayette LA Card 5043 | 22.12 |
| 04/29 | ATM Withdrawal 04/28 1927 W University Lafayette LA Card 5043 | 60.00 |
| 04/30 | ATM Withdrawal 04/30 1927 W University Lafayette LA Card 5043 | 40.00 |
| 05/01 | Card Purchase 04/30 Chevron 00212358 Lafayette LA Card 5043 | 46.83 |
| 05/05 | Card Purchase With Pin 05/04 Albertsons 170 Lafayette LA Card 5043 | 119.24 |
| 05/05 | Card Purchase 05/03 Sabine Pools & Spas Lafayette LA Card 5043 | 86.39 |
| 05/05 | Card Purchase 05/03 Sabine Pools & Spas Lafayette LA Card 5043 | 33.45 |
| 05/05 | Card Purchase 05/04 Zea Rotisserie & Grill Lafayette LA Card 5043 | 33.37 |
| 05/06 | ATM Withdrawal 05/06 1927 W University Lafayette LA Card 5043 | 60.00 |
| 05/06 | Card Purchase 05/04 Cvspharmacy #5284 Q03 Lafayette LA Card 5043 | 25.34 |
| 05/09 | ATM Withdrawal 05/09 1927 W University Lafayette LA Card 5043 | 100.00 |
| 05/12 | Card Purchase 05/10 Target 00014738 Lafayette LA Card 5043 | 122.04 |
| 05/12 | Card Purchase 05/09 Rn *Rhapsody Music 866-834-5509 WA Card 5043 | 14.99 |
| **Total ATM & Debit Card Withdrawals** | | **$1,416.44** |

CHASE

April 12, 2008 through May 13, 2008
Primary Account: **000000720639756**

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/16 | Transfer To Sav Xxxxx8912 | $25.00 |
| 05/09 | Chase Epay 533582928 Web ID: 5760039224 | 200.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$225.00** |

## REWARDS SUMMARY

Chase Visa Extras - Rewards Program Summary — VISA **Visa Extras**

| DATE | DESCRIPTION | POINTS |
|---|---|---|
| 05/13 | Earn 1 point for $1 in qualifying purchases by using your Check Card. Purchases made with your PIN do not qualify. Unredeemed Points will expire in 36 months. Starting September 1, check cards that have not earned points since 09/01/07 will be removed from the program. Moving forward, any account that has not earned points for 365 days will be opted out of the program. For up to date points balance or to redeem your points, visit www.Chase.com/VisaExtras or call 1-800-799-7623. | |
| | Check Card ending in 5043 - Extras points balance as of 05/12/08 | 12,886 |

## CHASE SAVINGS

REBEKKE RAINES

Account Number: 000002335288912

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$564.40** |
| Deposits and Additions | 25.05 |
| **Ending Balance** | **$589.45** |
| Annual Percentage Yield Earned This Period | 0.10% |
| Interest Earned This Period | $0.05 |
| Interest Paid Year-to-Date | $0.25 |

Your Chase Savings monthly service fee was waived because you kept $300.00 or more in this account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$564.40** |
| 04/16 | Transfer From Chk Xxxxx9756 | **25.00** | 589.40 |
| 05/13 | Interest Payment | **0.05** | 589.45 |
| | **Ending Balance** | | **$589.45** |



10013920303000000063

This Page Intentionally Left Blank

**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

May 14, 2008 through June 12, 2008
Primary Account: **000000720639756**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001391 DRE 552 XA 16508 - YNN 1 000000000 09 0000

REBEKKE RAINES
2301 W ST MARY BLVD
LAFAYETTE LA 70506-2511

Introducing *Chase Exclusives* SM

**BETTER RATES - MORE REWARDS - BIGGER DISCOUNTS**

**Learn about Special Benefits for Being a Chase Checking Customer**
**Visit Chase.com/Exclusives or Talk to a Banker Today!**

Restrictions and limitations apply
© 2008 JPMorgan Chase Bank, N.A. Member FDIC

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Free Checking | 000000720639756 | $1,373.17 | $8,008.67 |
| Chase Savings | 000002335288912 | 589.45 | 639.50 |
| **Total** | | **$1,962.62** | **$8,648.17** |
| **TOTAL ASSETS** | | **$1,962.62** | **$8,648.17** |

**All Summary Balances** shown are as of June 12, 2008 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

# BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:** **Step 1 Balance:** $__________

2. **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Step 2 Total:** $__________

3. **Add Step 2 Total to Step 1 Balance.** **Step 3 Total:** $__________

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Step 4 Total:** -$__________

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:** $__________

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

EQUAL HOUSING LENDER **JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

May 14, 2008 through June 12, 2008
Primary Account: **000000720639756**

## CHASE FREE CHECKING

REBEKKE RAINES

Account Number: 000000720639756

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,373.17** |
| Deposits and Additions | 14,307.46 |
| Checks Paid | - 5,199.63 |
| ATM & Debit Card Withdrawals | - 1,647.33 |
| Other Withdrawals, Fees & Charges | - 825.00 |
| **Ending Balance** | **$8,008.67** |

Your monthly service fee was waived because you had a direct deposit OR at least 5 debit card purchases during the statement period.

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/23 | Cityparishpayrol Payroll | PPD ID: 2721335255 | $1,185.04 |
| 06/05 | Deposit | | 12,000.00 |
| 06/06 | Cityparishpayrol Payroll | PPD ID: 2721335255 | 1,122.42 |
| **Total Deposits and Additions** | | | **$14,307.46** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 576 ^ | | 05/15 | $50.00 |
| 580 * ^ | | 05/15 | 60.00 |
| 582 * ^ | | 05/21 | 90.00 |
| 583 ^ | | 05/22 | 46.36 |
| 584 ^ | | 05/27 | 50.00 |
| 585 ^ | | 05/29 | 35.00 |
| 586 ^ | | 05/22 | 35.00 |
| 587 ^ | | 05/16 | 87.98 |
| 589 * ^ | | 05/27 | 60.00 |
| 590 ^ | | 05/16 | 30.00 |
| 592 * ^ | | 05/21 | 89.00 |
| 593 ^ | | 05/29 | 30.00 |
| 594 ^ | | 05/22 | 35.00 |

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 595 ^ | | 05/27 | 60.00 |
| 596 ^ | | 06/06 | 50.00 |
| 597 ^ | | 06/03 | 40.00 |
| 599 * ^ | | 06/02 | 60.00 |
| 600 ^ | | 06/04 | 60.00 |
| 601 ^ | | 06/12 | 60.00 |
| 604 * ^ | | 06/09 | 1,100.00 |
| 605 ^ | | 06/11 | 1,571.29 |
| 606 ^ | | 06/10 | 1,500.00 |
| **Total Checks Paid** | | | **$5,199.63** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/14 | Card Purchase 05/14 Apl*Itunes 866-712-7753 CA Card 5043 | $1.05 |
| 05/19 | Card Purchase With Pin 05/17 Albertsons 170 Lafayette LA Card 5043 | 106.70 |
| 05/19 | ATM Withdrawal 05/16 1927 W University Lafayette LA Card 5043 | 60.00 |
| 05/19 | Card Purchase 05/16 Pete's Family Sports G Lafayette LA Card 5043 | 40.88 |
| 05/19 | Card Purchase 05/17 Chevron 00212358 Lafayette LA Card 5043 | 20.01 |
| 05/19 | Card Purchase 05/17 Apl*Itunes 866-712-7753 CA Card 5043 | 1.07 |
| 05/22 | Card Purchase 05/20 Cvspharmacy #5284 Q03 Lafayette LA Card 5043 | 22.38 |
| 05/23 | ATM Withdrawal 05/23 1927 W University Lafayette LA Card 5043 | 100.00 |
| 05/27 | Card Purchase With Pin 05/24 Albertsons 170 Lafayette LA Card 5043 | 117.83 |
| 05/27 | Card Purchase 05/24 Target 00014738 Lafayette LA Card 5043 | 86.19 |
| 05/27 | Card Purchase 05/25 Chevron 00212358 Lafayette LA Card 5043 | 54.01 |
| 05/27 | Card Purchase With Pin 05/26 Macy's / S4 210 5733 J Lafayette LA Card 5043 | 25.60 |
| 05/27 | Card Purchase 05/23 The Grand 16 Lafay Lafayette LA Card 5043 | 16.00 |
| 05/27 | Card Purchase 05/24 Little Verons Lafayette LA Card 5043 | 12.37 |
| 05/28 | Card Purchase 05/26 Cvspharmacy #5284 Q03 Lafayette LA Card 5043 | 22.25 |
| 05/29 | Card Purchase With Pin 05/28 Albertsons 170 Lafayette LA Card 5043 | 20.12 |
| 05/30 | ATM Withdrawal 05/30 1927 W University Lafayette LA Card 5043 | 60.00 |
| 05/30 | Card Purchase 05/28 Cvspharmacy #5284 Q03 Lafayette LA Card 5043 | 12.78 |
| 06/02 | Card Purchase With Pin 05/31 Albertsons 170 Lafayette LA Card 5043 | 121.98 |
| 06/02 | Card Purchase 05/31 Target 00014738 Lafayette LA Card 5043 | 25.79 |
| 06/02 | Card Purchase 05/29 Chris PO Boys #3 Lafayette LA Card 5043 | 14.26 |
| 06/02 | Card Purchase 05/31 Apl*Itunes 866-712-7753 CA Card 5043 | 2.14 |
| 06/03 | Card Purchase With Pin 06/02 Wal-Mart #0531 Lafayette LA Card 5043 | 32.32 |
| 06/03 | Card Purchase 06/01 Cvspharmacy #5284 Q03 Lafayette LA Card 5043 | 11.30 |
| 06/05 | Card Purchase 06/03 Lafayettes Incredible Lafayette LA Card 5043 | 41.55 |
| 06/06 | ATM Withdrawal 06/06 1927 W University Lafayette LA Card 5043 | 100.00 |
| 06/09 | Card Purchase With Pin 06/07 Albertsons 170 Lafayette LA Card 5043 | 127.87 |
| 06/09 | Card Purchase 06/07 Target 00014738 Lafayette LA Card 5043 | 78.89 |

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/09 | Card Purchase | 06/08 Kohls #1037 Lafayette LA Card 5043 | 43.20 |
| 06/09 | Card Purchase | 06/06 Pete's Family Sports G Lafayette LA Card 5043 | 40.78 |
| 06/09 | Card Purchase With Pin | 06/07 Little Vernons Lafayette LA Card 5043 | 15.31 |
| 06/10 | Card Purchase | 06/09 Rn *Rhapsody Music 866-834-5509 WA Card 5043 | 14.99 |
| 06/11 | Card Purchase | 06/10 Super 1 Foods Fuel Lafayette LA Card 5043 | 50.52 |
| 06/12 | Card Purchase | 06/10 Agave Cantina Lafayette LA Card 5043 | 60.92 |
| 06/12 | Card Purchase | 06/11 Zeus Lafayette LA Card 5043 | 41.56 |
| 06/12 | Card Purchase With Pin | 06/11 Albertsons 170 Lafayette LA Card 5043 | 41.50 |
| 06/12 | Card Purchase | 06/11 Apl*Itunes 866-712-7753 CA Card 5043 | 3.21 |
| | **Total ATM & Debit Card Withdrawals** | | **$1,647.33** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/16 | Transfer To Sav Xxxxx8912 | $25.00 |
| 06/09 | Chase Epay 545564728 Web ID: 5760039224 | 800.00 |
| | **Total Other Withdrawals, Fees & Charges** | **$825.00** |

## REWARDS SUMMARY

Chase Visa Extras - Rewards Program Summary — VISA Visa Extras

| DATE | DESCRIPTION | POINTS |
|---|---|---|
| 06/12 | Earn 1 point for $1 in qualifying purchases by using your Check Card. Purchases made with your PIN do not qualify. Unredeemed Points will expire in 36 months. Starting September 1, check cards that have not earned points since 09/01/07 will be removed from the program. Moving forward, any account that has not earned points for 365 days will be opted out of the program. For up to date points balance or to redeem your points, visit www.Chase.com/VisaExtras or call 1-800-799-7623. | |
| | Check Card ending in 5043 - Extras points balance as of 06/09/08 | 13,391 |



10013910303000000063

CHASE

May 14, 2008 through June 12, 2008
Primary Account: **000000720639756**

## CHASE SAVINGS

REBEKKE RAINES

Account Number: 000002335288912

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$589.45** |
| Deposits and Additions | 50.05 |
| **Ending Balance** | **$639.50** |
| Annual Percentage Yield Earned This Period | 0.10% |
| Interest Earned This Period | $0.05 |
| Interest Paid Year-to-Date | $0.30 |

Your Chase Savings monthly service fee was waived because you kept $300.00 or more in this account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$589.45** |
| 05/16 | Transfer From Chk Xxxxx9756 | **25.00** | 614.45 |
| 06/10 | Deposit | **25.00** | 639.45 |
| 06/12 | Interest Payment | **0.05** | 639.50 |
| | **Ending Balance** | | **$639.50** |

CHASE

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

June 13, 2008 through July 14, 2008
Primary Account: **000000720639756**

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00001457 DRE 552 XA 19708 - NNY 1 000000000 09 0000
REBEKKE RAINES
2301 W ST MARY BLVD
LAFAYETTE LA 70506-2511


Introducing *Chase Exclusives* SM

**BETTER RATES - MORE REWARDS - BIGGER DISCOUNTS**

**Learn about Special Benefits for Being a Chase Checking Customer**
**Visit Chase.com/Exclusives or Talk to a Banker Today!**

Restrictions and limitations apply
© 2008 JPMorgan Chase Bank, N.A. Member FDIC


## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| **Checking & Savings** | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Free Checking | 000000720639756 | $8,008.67 | $5,727.18 |
| Chase Savings | 000002335288912 | 639.50 | 664.55 |
| **Total** | | **$8,648.17** | **$6,391.73** |
| **TOTAL ASSETS** | | **$8,648.17** | **$6,391.73** |

**All Summary Balances** shown are as of July 14, 2008 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## BALANCING YOUR CHECKBOOK

Note: **Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:** **Step 1 Balance: $____________**

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Step 2 Total: $____________**

**3. Add Step 2 Total to Step 1 Balance.** **Step 3 Total: $____________**

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Step 4 Total: -$____________**

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:** $____________

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

EQUAL HOUSING LENDER **JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

June 13, 2008 through July 14, 2008
Primary Account: 000000720639756

## CHASE FREE CHECKING

REBEKKE RAINES

Account Number: 000000720639756

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$8,008.67** |
| Deposits and Additions | 3,362.46 |
| Checks Paid | - 1,636.25 |
| ATM & Debit Card Withdrawals | - 1,698.88 |
| Other Withdrawals, Fees & Charges | - 2,308.82 |
| **Ending Balance** | **$5,727.18** |

Your monthly service fee was waived because you had a direct deposit OR at least 5 debit card purchases during the statement period.

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/20 | Cityparishpayrol Payroll | PPD ID: 2721335255 | $1,185.04 |
| 07/03 | Cityparishpayrol Payroll | PPD ID: 2721335255 | 1,122.42 |
| 07/10 | Deposit | | 1,055.00 |
| **Total Deposits and Additions** | | | **$3,362.46** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | | | DATE PAID | AMOUNT |
|---|---|---|---|---|---|
| 602 | Check # 0602 | Wf Financial Inc Checkpaymt | Arc ID: Conssafilv | 06/18 | $50.00 |
| 603 ^ | | | | 06/16 | 50.00 |
| 607 * ^ | | | | 06/19 | 60.00 |
| 608 ^ | | | | 07/11 | 165.00 |
| 609 ^ | | | | 07/01 | 605.73 |
| 610 ^ | | | | 07/01 | 93.00 |

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 611 ^ | | 07/03 | 278.00 |
| 612 ^ | | 07/11 | 165.00 |
| 614 * ^ | | 07/11 | 25.00 |
| 616 * ^ | | 07/10 | 60.00 |
| 617 ^ | | 07/08 | 9.00 |
| 619 * | Check # 0619 AT&T Services Checkpaymt Arc ID: 1742782655 | 07/10 | 75.52 |
| **Total Checks Paid** | | | **$1,636.25** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/13 | ATM Withdrawal 06/12 2910 Johnson St Lafayette LA Card 5043 | $60.00 |
| 06/16 | Card Purchase 06/13 Cvspharmacy #5284 Q03 Lafayette LA Card 5043 | 22.34 |
| 06/20 | ATM Withdrawal 06/20 1927 W University Lafayette LA Card 5043 | 100.00 |
| 06/23 | Card Purchase With Pin 06/20 Albertsons 170 Lafayette LA Card 5043 | 104.49 |
| 06/23 | Card Purchase 06/21 Target 00014738 Lafayette LA Card 5043 | 83.26 |
| 06/23 | Card Purchase 06/21 The Grand 16 Lafay Lafayette LA Card 5043 | 16.50 |
| 06/24 | Card Purchase 06/22 Cvspharmacy #5284 Q03 Lafayette LA Card 5043 | 17.03 |
| 06/25 | Card Purchase 06/25 Apl*Itunes 866-712-7753 CA Card 5043 | 1.07 |
| 06/26 | ATM Withdrawal 06/26 1927 W University Lafayette LA Card 5043 | 60.00 |
| 06/26 | Card Purchase 06/24 Cvspharmacy #5284 Q03 Lafayette LA Card 5043 | 38.30 |
| 06/30 | Card Purchase With Pin 06/28 Albertsons 170 Lafayette LA Card 5043 | 120.83 |
| 06/30 | Card Purchase 06/28 Kohls #1037 Lafayette LA Card 5043 | 119.16 |
| 07/01 | Card Purchase 06/29 Target 00014738 Lafayette LA Card 5043 | 22.20 |
| 07/03 | ATM Withdrawal 07/03 1927 W University Lafayette LA Card 5043 | 100.00 |
| 07/03 | Card Purchase 07/02 Super 1 Foods Fuel Lafayette LA Card 5043 | 52.91 |
| 07/03 | Card Purchase 07/01 Cvspharmacy #5284 Q03 Lafayette LA Card 5043 | 12.39 |
| 07/07 | Card Purchase 07/05 Sabine Pools & Spas Lafayette LA Card 5043 | 145.75 |
| 07/07 | Card Purchase With Pin 07/04 Albertsons 170 Lafayette LA Card 5043 | 110.21 |
| 07/07 | ATM Withdrawal 07/06 1927 W University Lafayette LA Card 5043 | 60.00 |
| 07/07 | Card Purchase 07/03 Dept Pblc Safty Vr 225-925-4547 LA Card 5043 | 38.00 |
| 07/07 | Card Purchase 07/05 A Eagle Outftr00004374 Lafayette LA Card 5043 | 37.69 |
| 07/07 | Card Purchase 07/04 The Grand 16 Lafay Lafayette LA Card 5043 | 16.50 |
| 07/07 | Card Purchase 07/05 Apl*Itunes 866-712-7753 CA Card 5043 | 3.75 |
| 07/08 | Card Purchase 07/06 Target 00014738 Lafayette LA Card 5043 | 83.60 |
| 07/10 | Card Purchase 07/08 Lafayettes Incredible Lafayette LA Card 5043 | 53.68 |
| 07/10 | Card Purchase 07/09 Rn *Rhapsody Music 866-834-5509 WA Card 5043 | 14.99 |
| 07/11 | Card Purchase 07/10 The Grand 16 Lafay Lafayette LA Card 5043 | 24.00 |

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/14 | Card Purchase With Pin 07/12 Albertsons 170 Lafayette LA Card 5043 | 93.85 |
| 07/14 | Card Purchase 07/12 A Eagle Outftr00004374 Lafayette LA Card 5043 | 43.20 |
| 07/14 | Card Purchase 07/12 Ann Taylor #603 Lafayette LA Card 5043 | 43.18 |
| | **Total ATM & Debit Card Withdrawals** | **$1,698.88** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/16 | Transfer To Sav Xxxxx8912 | $25.00 |
| 07/08 | Chase Epay 558200413 Web ID: 5760039224 | 2,283.82 |
| | **Total Other Withdrawals, Fees & Charges** | **$2,308.82** |

## REWARDS SUMMARY

Chase Visa Extras - Rewards Program Summary

VISA Visa Extras

| DATE | DESCRIPTION | POINTS |
|---|---|---|
| 07/14 | Earn 1 point for $1 in qualifying purchases by using your Check Card. Purchases made with your PIN do not qualify. Unredeemed Points will expire in 36 months. Starting September 1, check cards that have not earned points since 09/01/07 will be removed from the program. Moving forward, any account that has not earned points for 365 days will be opted out of the program. For up to date points balance or to redeem your points, visit www.Chase.com/VisaExtras or call 1-800-799-7623. | |
| | Check Card ending in 5043 - Extras points balance as of 07/14/08 | 14,530 |

## CHASE SAVINGS

REBEKKE RAINES

Account Number: 000002335288912

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$639.50** |
| Deposits and Additions | 25.05 |
| **Ending Balance** | **$664.55** |
| Annual Percentage Yield Earned This Period | 0.09% |
| Interest Earned This Period | $0.05 |
| Interest Paid Year-to-Date | $0.35 |

Your Chase Savings monthly service fee was waived because you kept $300.00 or more in this account.



10014570303000000063

CHASE

June 13, 2008 through July 14, 2008
Primary Account: 000000720639756

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$639.50** |
| 06/16 | Transfer From Chk Xxxxx9756 | **25.00** | 664.50 |
| 07/14 | Interest Payment | **0.05** | 664.55 |
| | **Ending Balance** | | **$664.55** |

CHASE

TX1-0053
P.O. Box 961103
Fort Worth, TX 76161-0103

30-Nov-09

REBEKKE RAINES
406-A Silkwood

LAFAYETTE, LA 70506

Dear JPMorgan Chase Customer,

Attached are the image(s) you requested on 30-NOV-09 for account number 720639756.

If you have additional questions, please contact your Banking Representative or Customer Service at 800-935-9935. When inquiring on this request, please reference our case number 30Nov09-939

Sincerely,
JPMorgan Chase Image Retrieval Department

Enclosures
Case Number 30Nov09-939
Reference Number 733697553200001

30-Nov-09

THIS ITEM IS PART OF A PHOTOCOPY REQUEST
GROUP ID G30Nov09-939
Sequence number 006230513506 Posting date 07-APR-08

REBEKKE RAINES
2301 W ST. MARY BLVD.
LAFAYETTE, LA 70506

84-13/654 127
720639756

553

DATE 4-1-08

PAY TO THE ORDER OF DISCOVER $1301.08

Thirteen thousand nineteen dollars + 08/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Baton Rouge, Louisiana 70801
www.Chase.com

MEMO 6011300570161354

⑆065400137⑆ 720639756⑈0553 ⑈0001301908⑈

>031100649<
DISCOVER BANK

LPS1 LOU KY

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC *

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

AcctNum: 000000000720639756 Amount: 000000001301908
Xerno: 0000000553 PostDate: 20080407 Sequence: 006230513506
BankNum: 0552 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0552080407006230513506 BOFD: 000000000 CapSRC: PE
TranCode: 000553 RouteTran: 06540013 DocType: 8
EntryNum: 5944 ItemType: P

CHASE

TX1-0053
P.O. Box 961103
Fort Worth, TX 76161-0103

30-Nov-09

REBEKKE RAINES
406-A Silkwood

LAFAYETTE, LA 70506

Dear JPMorgan Chase Customer,

Attached are the image(s) you requested on 30-NOV-09
for account number 720639756.

If you have additional questions, please contact your Banking Representative or Customer Service at 800-935-9935. When inquiring on this request, please reference our case number 30Nov09-963

Sincerely,
JPMorgan Chase Image Retrieval Department

Enclosures
Case Number 30Nov09-963
Reference Number 123697693110001