30-Nov-09 Case ID 30Nov09-963

ITEM DISPOSITION NOTICE

GROUP ID G30Nov09-963

Sequence number 000000000000 Posting date 03-APR-08
Dollar amount 866.62

Please see reason below for non-receipt of requested item.

Electronic Transaction - Copy was not available

CHASE

TX1-0053
P.O. Box 961103
Fort Worth, TX 76161-0103

01-Dec-09

REBEKKE RAINES
406-A Silkwood

LAFAYETTE, LA 70506

Dear JPMorgan Chase Customer,

Attached are the image(s) you requested on 30-NOV-09
for account number 720639756.

If you have additional questions, please contact your Banking Representative or Customer Service at 800-935-9935. When inquiring on this request, please reference our case number 30Nov09-954

Sincerely,
JPMorgan Chase Image Retrieval Department

Enclosures
Case Number 30Nov09-954
Reference Number 983697815140001

# ITEM DISPOSITION NOTICE

## GROUP ID G30Nov09-954

Sequence number 000000000000 Posting date 07-APR-08
Dollar amount 00000003500.00

Please see reason below for non-receipt of requested item.

Electronic Transaction - Copy was not available

CHASE

TX1-0053
P.O. Box 961103
Fort Worth, TX 76161-0103

01-Dec-09

REBEKKE RAINES
406-A Silkwood

LAFAYETTE, LA 70506

Dear JPMorgan Chase Customer,

Attached are the image(s) you requested on 30-NOV-09
for account number 720639756.

If you have additional questions, please contact your Banking Representative or Customer Service at 800-935-9935. When inquiring on this request, please reference our case number 30Nov09-958

Sincerely,
JPMorgan Chase Image Retrieval Department

Enclosures
Case Number 30Nov09-958
Reference Number 083697455580001

ITEM DISPOSITION NOTICE

GROUP ID G30Nov09-958

Sequence number 000000000000 Posting date 01-APR-08
Dollar amount 00000003372.97

Please see reason below for non-receipt of requested item.

Electronic Transaction - Copy was not available

CHASE

TX1-0053
P.O. Box 961103
Fort Worth, TX 76161-0103

30-Nov-09

REBEKKE RAINES
406-A Silkwood

LAFAYETTE, LA 70506

Dear JPMorgan Chase Customer,

Attached are the image(s) you requested on 30-NOV-09
for account number 720639756.

If you have additional questions, please contact your Banking Representative or Customer Service at 800-935-9935. When inquiring on this request, please reference our case number 30Nov09-937

Sincerely,
JPMorgan Chase Image Retrieval Department

Enclosures
Case Number 30Nov09-937
Reference Number 603697742380001

rLP

30-Nov-09 30Nov09-937

**THIS ITEM IS PART OF A PHOTOCOPY REQUEST**
**GROUP ID G30Nov09-937**
**Sequence number 006510602264 Posting date 02-APR-08**

REBEKKE RAINES
2301 W ST. MARY BLVD.
LAFAYETTE, LA 70506

84-13/654 127
720639756

550

DATE 3-31-08

PAY TO THE ORDER OF Beneficial Finance —— $12159.18

twelve thousand one hundred fifty nine dollars & 18/100 — DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Baton Rouge, Louisiana 70801
www.Chase.com

MEMO 46-1002-13-132224-2

Rebekke Raines

⑆065400137⑆ 720639756⑈0550

ENDORSE HERE
For Return Items
2719-7001-1
HSBC Bank USA
1301 E. Tower Rd.
Schaumburg, IL
2719-7001-1

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

For Deposit Only
HFC/Beneficial
Branch # 46-1002

FEDERAL RESERVE BOARD OF GOVERNORS REG CC

270560-4959 20080401

AcctNum: 000000000720639756 Amount: 000000001215918
Xerno: 0000000550 PostDate: 20080402 Sequence: 006510602264
BankNum: 0552 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 05520804020065106022264 BOFD: 000000000 CapSRC: PY
TranCode: 000550 RouteTran: 06540013 DocType: 8
EntryNum: 1166 ItemType: P

CHASE

TX1-0053
P.O. Box 961103
Fort Worth, TX 76161-0103

30-Nov-09

REBEKKE RAINES
406-A Silkwood

LAFAYETTE, LA 70506

Dear JPMorgan Chase Customer,

Attached are the image(s) you requested on 30-NOV-09
for account number 720639756.

If you have additional questions, please contact your Banking Representative or Customer Service at 800-935-9935. When inquiring on this request, please reference our case number 30Nov09-943

Sincerely,
JPMorgan Chase Image Retrieval Department

Enclosures
Case Number 30Nov09-943
Reference Number 223697702160001

MR

30-Nov-09 30Nov09-943

**THIS ITEM IS PART OF A PHOTOCOPY REQUEST**
**GROUP ID G30Nov09-943**
**Sequence number 007930309995 Posting date 01-APR-08**

REBEKKE RAINES
2301 W ST. MARY BLVD.
LAFAYETTE, LA 70508

84-13/654 127
720639756

554

DATE 4-1-08

PAY TO THE ORDER OF Chase $9908.06

ninethousandninehundredeight-dollars+06/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Baton Rouge, Louisiana 70801
www.Chase.com

MEMO 42669020 10776555

⑆065400137⑆ 720639756⑈0554

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

552 00127 01 194 04/01/2008 2:15
Acct#42669020107765555
Check/Withdrawal
CC#807081
9,908.06
04/01/2008

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features: Microprint Line; Chemically Sensitive Paper; Security Screen

Results of document alteration: Small type in line becomes illegible when photocopied; Stains or spots may appear with chemical alteration; Absence of "Original Document" verbiage on back of check

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

AcctNum: 000000000720639756 Amount: 000000000990806
Xerno: 0000000554 PostDate: 20080401 Sequence: 007930309995
BankNum: 0552 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 055208040100793030999 5 BOFD: 111900057 CapSRC: PE
TranCode: 000554 RouteTran: 06540013 DocType: 8
EntryNum: 4367 ItemType: P

CHASE

TX1-0053
P.O. Box 961103
Fort Worth, TX 76161-0103

30-Nov-09

REBEKKE RAINES
406-A Silkwood

LAFAYETTE, LA 70506

Dear JPMorgan Chase Customer,

Attached are the image(s) you requested on 30-NOV-09
for account number 720639756.

If you have additional questions, please contact your Banking Representative or Customer Service at 800-935-9935. When inquiring on this request, please reference our case number 30Nov09-952

Sincerely,
JPMorgan Chase Image Retrieval Department

Enclosures
Case Number 30Nov09-952
Reference Number 153697459570001

BP

**THIS ITEM IS PART OF A PHOTOCOPY REQUEST**
**GROUP ID G30Nov09-952**
**Sequence number 006230800194 Posting date 02-APR-08**

REBEKKE RAINES
2301 W ST. MARY BLVD.
LAFAYETTE, LA 70508

84-13/654 127
720639756

555

DATE 4-1-08

PAY TO THE ORDER OF Whitney National Bank $ 1000.00

One Thousand dollars and no/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Baton Rouge, Louisiana 70801
www.Chase.com

MEMO 44013999

⑆065400137⑆ 720639756⑈0555 ⑈0000100000⑈

84-001B-0450 BP62 04/01/2008
WHITNEY NATIONAL BANK
HARAHAN, LA
>065000171<

6230800194

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

AcctNum: 000000000720639756 Amount: 000000000100000
Xerno: 0000000555 PostDate: 20080402 Sequence: 006230800194
BankNum: 0552 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0552080402006230800194 BOFD: 000000000 CapSRC: PE
TranCode: 000555 RouteTran: 06540013 DocType: 8
EntryNum: 5826 ItemType: P

CHASE

TX1-0053
P.O. Box 961103
Fort Worth, TX 76161-0103

30-Nov-09

REBEKKE RAINES
406-A Silkwood

LAFAYETTE, LA 70506

Dear JPMorgan Chase Customer,

Attached are the image(s) you requested on 30-NOV-09
for account number 720639756.

If you have additional questions, please contact your Banking Representative or Customer Service at 800-935-9935. When inquiring on this request, please reference our case number 30Nov09-907

Sincerely,
JPMorgan Chase Image Retrieval Department

Enclosures
Case Number 30Nov09-907
Reference Number 793697451370001

KR

30Nov09-907

**THIS ITEM IS PART OF A PHOTOCOPY REQUEST**
**GROUP ID G30Nov09-907**
**Sequence number 002510287732 Posting date 15-APR-08**

REBEKKE RAINES
2301 W ST. MARY BLVD.
LAFAYETTE, LA 70506

84-13/854 127
720639756

559

DATE 4-12-08

PAY TO THE ORDER OF Home Bank $ 713.95

seven hundred thirteen dollars + 95/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Baton Rouge, Louisiana 70801
www.Chase.com

MEMO 30509198

Rebekke Raines

⑆065400137⑆ 720639756⑈0559

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

Home Bank 265270303> 04/14/2008 005001001553

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

```
AcctNum: 000000000720639756 Amount: 000000000071395
Xerno: 0000000559 PostDate: 20080415 Sequence: 002510287732
BankNum: 0552 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 05520804150025l0287732 BOFD: 000000000 CapSRC: PY
TranCode: 000559 RouteTran: 06540013   DocType: 8
EntryNum: 7308 ItemType: P
```

CHASE

TX1-0053
P.O. Box 961103
Fort Worth, TX 76161-0103

30-Nov-09

REBEKKE RAINES
406-A Silkwood

LAFAYETTE, LA 70506

Dear JPMorgan Chase Customer,

Attached are the image(s) you requested on 30-NOV-09
for account number 720639756.

If you have additional questions, please contact your Banking Representative or Customer Service at 800-935-9935. When inquiring on this request, please reference our case number 30Nov09-912

Sincerely,
JPMorgan Chase Image Retrieval Department

Enclosures
Case Number 30Nov09-912
Reference Number 143697669280001

**THIS ITEM IS PART OF A PHOTOCOPY REQUEST**
**GROUP ID G30Nov09-912**
**Sequence number 006510741897 Posting date 17-APR-08**

**REBEKKE RAINES**
2301 W ST. MARY BLVD.
LAFAYETTE, LA 70508

84-13/654 127
720639756

563

DATE 4-10-08

PAY TO THE ORDER OF DR. FONTENOT $ 501.50

five hundred one dollars and 50/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Baton Rouge, Louisiana 70801
www.Chase.com

MEMO 20/222 Alicia

⑆065400137⑆ 720639756⑈0563

ENDORSE HERE

CHARLES J. FONTENOT, D.D.S.
FOR DEPOSIT ONLY
ACCT # 10278754

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

```
AcctNum: 000000000720639756 Amount: 000000000050150
Xerno: 0000000563 PostDate: 20080417 Sequence: 006510741897
BankNum: 0552 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0552080417006510741897 BOFD: 000000000 CapSRC: PY
TranCode: 000563 RouteTran: 06540013   DocType: 8
EntryNum: 2309 ItemType: P
```

CHASE

TX1-0053
P.O. Box 961103
Fort Worth, TX 76161-0103

30-Nov-09

REBEKKE RAINES
406-A Silkwood

LAFAYETTE, LA 70506

Dear JPMorgan Chase Customer,

Attached are the image(s) you requested on 30-NOV-09
for account number 720639756.

If you have additional questions, please contact your Banking Representative or Customer Service at 800-935-9935. When inquiring on this request, please reference our case number 30Nov09-918

Sincerely,
JPMorgan Chase Image Retrieval Department

Enclosures
Case Number 30Nov09-918
Reference Number 563697583380001

DP

**THIS ITEM IS PART OF A PHOTOCOPY REQUEST**
**GROUP ID G30Nov09-918**
**Sequence number 002510680887 Posting date 17-APR-08**

REBEKKE RAINES
2301 W ST. MARY BLVD.
LAFAYETTE, LA 70506

84-13/654 127
720639756

567

DATE 4-15-08

PAY TO THE ORDER OF United States Treasury $500.00

five hundred dollars and no/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Baton Rouge, Louisiana 70801
www.Chase.com

MEMO 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

Rebekke Raines

⑆065400137⑆ 720639756⑈0567 ⑇0000050000⑇

73 270 100 04338 0 434841703 RAIN 30 200712 0916
58567 478 041708 CR US TREAS 110/1719 TaxP LBX

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

FEDERAL RESERVE BOARD OF GOVERNORS REG CC

BANK OF AMERICA,NA DAL
111000025 E4150 94 003
04/17/08
873039163

AcctNum: 000000000720639756 Amount: 000000000050000
Xerno: 0000000567 PostDate: 20080417 Sequence: 002510680887
BankNum: 0552 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 05520804170025l0680887 BOFD: 000000000 CapSRC: PY
TranCode: 000567 RouteTran: 06540013 DocType: 8
EntryNum: 3525 ItemType: P

CHASE

TX1-0053
P.O. Box 961103
Fort Worth, TX 76161-0103

30-Nov-09

REBEKKE RAINES
406-A Silkwood

LAFAYETTE, LA 70506

Dear JPMorgan Chase Customer,

Attached are the image(s) you requested on 30-NOV-09
for account number 720639756.

If you have additional questions, please contact your Banking Representative or Customer Service at 800-935-9935. When inquiring on this request, please reference our case number 30Nov09-927

Sincerely,
JPMorgan Chase Image Retrieval Department

Enclosures
Case Number 30Nov09-927
Reference Number 023696466660001

**THIS ITEM IS PART OF A PHOTOCOPY REQUEST**
**GROUP ID G30Nov09-927**
**Sequence number 007930752367 Posting date 09-MAY-08**

REBEKKE RAINES
2301 W ST. MARY BLVD.
LAFAYETTE, LA 70506

84-13/654 127
720639756

581

DATE 5-9-08

PAY TO THE ORDER OF CHASE $ 1300.00

One thousand three hundred dollars + 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Baton Rouge, Louisiana 70801
www.Chase.com

MEMO

Rebekke Raines

⑆065400137⑆ 720639756⑈0581

ENDORSE HERE

Rebekke Raines

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features: Results of document alteration:

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

```
AcctNum: 000000000720639756 Amount: 000000000130000
Xerno: 0000000581 PostDate: 20080509 Sequence: 007930752367
BankNum: 0552 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 055208050900793075236 7 BOFD: 111900057 CapSRC: PE
TranCode: 000581 RouteTran: 06540013 DocType: 8
EntryNum: 4947 ItemType: P
```